Paul A. Grammatico (SBN 246380)
pgrammatico@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
333 S. Grand Avenue, Suite 2225
Los Angeles, CA 90071
Telephone: (213) 493-3980
Facsimile: (404) 400-7333

*Counsel for Defendant*

(Counsel continued on following page)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KATZ CHIROPRACTIC, INC., a California corporation, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br>vs.<br><br>DIAMOND RESPIRATORY CARE, INC., a California Corporation<br><br>Defendant. | Case No.  3:20-cv-04108-CRB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: June 22, 2020<br><br>Current Response Date: July 21, 2020<br>New Response Date: August 20, 2020<br><br>Honorable Charles R. Breyer |

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Ryan D. Watstein (*Pro Hac Vice* to be filed)
rwatstein@kcozlaw.com
Daniel H. Gaynor (*Pro Hac Vice* to be filed)
dgaynor@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
171 17th Street NW, Suite 1550
Atlanta, GA 30363
Telephone: (404) 400-7300
Facsimile: (404) 400-7333

*Counsel for Defendant*

Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
LOZEAU DRURY LLP
1939 Harrison St., Suite 150
Oakland, CA 94612
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

Patrick H. Peluso (*Pro Hac Vice*)
ppeluso@woodrowpeluso.com
Taylor T. Smith (*Pro Hac Vice*)
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, CO 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Counsel for Plaintiff*

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

## RECITALS

1. On June 22, 2020, Plaintiffs Jeffrey Katz Chiropractic, Inc. ("Plaintiff") commenced the instant case against Defendant Diamond Respiratory Care, Inc. ("Diamond" or "Defendant").  (D.E. 1.)

2. On or about June 30, 2020, Plaintiffs caused Defendant to be served with the underlying summons and complaint.

3. Defendant's current deadline to respond to the complaint is thus July 21, 2020.  *See* Fed. R. Civ. P. 12(a)(1)(A).

4. The Court has not previously extended this deadline.

5. Defendant is still investigating Plaintiff's claims.

6. The Parties have accordingly agreed to extend Defendant's deadline to respond to the complaint by thirty days, through and including August 20, 2020.

## STIPULATION

1. The Parties stipulate to extend Defendant's responsive pleading deadline by thirty days, through and including August 20, 2020.

2. The Parties acknowledge this extension to file a responsive pleading does not alter the date of any event or any deadline already fixed by Court order.  Therefore, in accordance with Local Rule 6-1(a), the parties agree that this extension is effective without court approval.

3. The Parties stipulate that Defendant has until August 20, 2020, to respond to Plaintiff's Complaint.

DATED: July 20, 2020

| Woodrow & Peluso, LLC | KABAT CHAPMAN & OZMER LLP |
|---|---|
| By: */s/ Patrick H. Peluso* | By: */s/ Paul A. Grammatico* |
| Patrick H. Peluso | Paul A. Grammatico |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## ATTESTATION

In accordance with Civil L.R. 5-1(i)(3), Defendant, as the filing party, hereby attests that signatory Patrick H. Peluso, on behalf of Plaintiff, concurs in this Stipulation's content and the filing of this Stipulation.

*/s/ Paul A. Grammatico*
Paul A. Grammatico

# PROOF OF SERVICE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 333 S. Grand Avenue, Suite 2225, Los Angeles, California 90071.

On **July 20, 2020**, I served the foregoing document(s) described as **STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** on the interested parties to this action by delivering a copy thereof in a sealed envelope addressed to each of said interested parties at the following address(es): SEE ATTACHED LIST

☐ **(BY MAIL)** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California.  Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☒ **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☐ **(BY E-MAIL SERVICE)** I caused such document to be delivered electronically via e-mail to the e-mail address of the addressee(s) set forth in the attached service list.

☐ **(BY FACSIMILE)** I caused the above-referenced document to be transmitted to the interested parties via facsimile transmission to the fax number(s) as stated on the attached service list.

☒ (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury that the above is true and correct.

Executed on July 20, 2020, at Atlanta, Georgia.

*/s/ Paul A. Grammatico*
Paul A. Grammatico

# SERVICE LIST

Rebecca Davis
LOZEAU DRURY LLP
Email: rebecca@lozeaudrury.com

Taylor T. Smith
Woodrow & Peluso, LLC
Email: tsmith@woodrowpeluso.com

*Counsel for Plaintiffs*