# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeffrey Katz Chiropratic, Inc., et al., <br><br> Plaintiff(s) <br><br> v. <br><br> Diamond Respiratory Care, Inc., <br><br> Defendant(s) | Case No. C 3:20-cv-04108-CRB <br><br> ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 9/3/2020    Signed: _____ Party

Date: 9/3/2020    Signed: /s/ Taylor T. Smith
                             Attorney

Form ADR-Cert rev. 11-2016