Rebecca Davis (SBN 271662)
Lozeau Drury LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: 510-836-4200
Rebecca@lozeaudrury.com

Patrick H. Peluso (*pro hac vice*)
Taylor T. Smith (*pro hac vice*)
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 90210
Tel: 720-213-0676
ppeluso@woodrowpeluso.com
tsmith@woodrowpeluso.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JEFFREY KATZ CHIROPRACTIC, INC., a
California corporation, individually and on
behalf of all others similarly situated,

Plaintiff,

v.

DIAMOND RESPIRATORY CARE, INC., a
California corporation,

Defendant.

Case No. 3:20-cv-04108-CRB

**PLAINTIFF'S DISCLOSURE OF
NON-PARTY INTERESTED
ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, Plaintiff Jeffrey Katz Chiropractic, Inc. ("Plaintiff" or "Katz"), by

and through the undersigned, certifies that the following listed persons, associations of persons,

firms, partnerships, corporations (including parent corporations) or other entities (i) have a

financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a

non-financial interest in that subject matter or in a party that could be substantially affected by the

outcome of this proceeding:

- Lozeau Drury LLP, counsel for Plaintiff and the alleged class;

1

1   • Woodrow & Peluso, LLC, counsel for Plaintiff and the alleged class.

2

3   Dated: _October 2, 2020_          **JEFFREY KATZ CHIROPRACTIC, INC.,**
                                      individually and on behalf of all others similarly
4                                     situated,

5                                     By: _/s/ Taylor T. Smith_____
6                                     One of Plaintiff's Attorneys

7                                     Rebecca Davis (SBN 271662)
                                      rebecca@lozeaudrury.com
8                                     LOZEAU DRURY LLP
                                      1939 Harrison St., Suite 150
9                                     Oakland, CA 94612
                                      Telephone: (510) 836-4200
10                                    Facsimile: (510) 836-4205

11
                                      Patrick H. Peluso*
12                                    ppeluso@woodrowpeluso.com
                                      Taylor T. Smith*
13                                    tsmith@woodrowpeluso.com
                                      Woodrow & Peluso, LLC
14                                    3900 East Mexico Ave., Suite 300
                                      Denver, Colorado 80210
15                                    Telephone: (720) 213-0675
                                      Facsimile: (303) 927-0809
16

17                                    *Counsel for Plaintiff and the Putative Class*

18                                    *pro hac vice

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above papers was served upon counsel of record by filing such papers via the Court's ECF system on October 2, 2020.

/s/ Taylor T. Smith