1  Paul A. Grammatico (SBN 246380)
   pgrammatico@kcozlaw.com
2  KABAT CHAPMAN & OZMER LLP
3  333 S. Grand Avenue, Suite 2225
   Los Angeles, CA 90071
4  Telephone: (213) 493-3980
5  Facsimile: (404) 400-7333

6  *Counsel for Defendant*

7
   (Counsel continued on following page)
8

9           **UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**
10

11  JEFFREY KATZ CHIROPRACTIC,          Case No.  3:20-cv-04108-CRB
    INC., a California corporation,
12  individually and on behalf of all others   **DEFENDANT DIAMOND**
    similarly situated                          **RESPIRATORY CARE, INC.'S**
13                                              **CERTIFICATE OF INTERESTED**
                                                **PARTIES**
14              Plaintiff,
         vs.                                    Complaint Filed: June 22, 2020
15
16  DIAMOND RESPIRATORY CARE,
    INC., a California Corporation              Honorable Charles R. Breyer
17
18              Defendant.

19

20

21

22

23

24

25

26

27

28

—————————————————————————————————————

1   Ryan D. Watstein (*Pro Hac Vice* to be filed)
    rwatstein@kcozlaw.com
2   Daniel H. Gaynor (*Pro Hac Vice* to be filed)
3   dgaynor@kcozlaw.com
    KABAT CHAPMAN & OZMER LLP
4   171 17th Street NW, Suite 1550
5   Atlanta, GA 30363
    Telephone: (404) 400-7300
6   Facsimile: (404) 400-7333

7

8   *Counsel for Defendant*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

1     Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named

2    parties, there is no such interest to report.

3

4

5

6                    KABAT CHAPMAN & OZMER LLP

7                    By: */s/ Paul A. Grammatico*

8                        Paul A. Grammatico

9                    *Attorney of Record*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

## PROOF OF SERVICE

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 333 S. Grand Avenue, Suite 2225, Los Angeles, California 90071.

On **November 3, 2020**, I served the foregoing document(s) described as **DEFENDANT DIAMOND RESPIRATORY CARE INC.'S CERTIFICATE OF INTERESTED PARTIES** on the interested parties to this action by delivering a copy thereof in a sealed envelope addressed to each of said interested parties at the following address(es): SEE ATTACHED LIST

☐ **(BY MAIL)** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California.  Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☒ **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☐ **(BY E-MAIL SERVICE)** I caused such document to be delivered electronically via e-mail to the e-mail address of the addressee(s) set forth in the attached service list.

☐ **(BY FACSIMILE)** I caused the above-referenced document to be transmitted to the interested parties via facsimile transmission to the fax number(s) as stated on the attached service list.

☒ (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury that the above is true and correct.

Executed on November 3, 2020, at Los Angeles, California.

*/s/ Paul A. Grammatico*
Paul A. Grammatico

1

**SERVICE LIST**

2

Rebecca Davis
3    LOZEAU DRURY LLP
Email: rebecca@lozeaudrury.com
4

5    Patrick H. Peluso
Taylor T. Smith
6    Woodrow & Peluso, LLC
7    Email: ppeluso@woodrowpeluso.com
Email: tsmith@woodrowpeluso.com
8

9    *Counsel for Plaintiffs*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28