UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KATZ CHIROPRACTIC, INC., a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND RESPIRATORY CARE, INC., a California corporation,<br><br>Defendant. | Case No. 3:20-cv-04108-CRB<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br>ORDER |

Plaintiff Jeffrey Katz Chiropractic, Inc. ("Plaintiff" or "Katz") and Defendant Diamond Respiratory Care, Inc. ("Defendant" or "Diamond") (collectively Plaintiff and Defendant are referred to as the "Parties") jointly submit this Joint Case Management Statement pursuant to the Court's October 6, 2020 Order (dkt. 21).

**1.    Discovery Status**

On November 13, 2020, Defendant served its first set of discovery requests, including requests for production and interrogatories. Plaintiff served its objections and responses to Defendant's first set of requests on December 14, 2020. On November 18, 2020, Plaintiff served its first set of discovery requests, including requests for production and interrogatories. Defendant served its objections and responses to Plaintiff's discovery requests on December 28, 2020. To

1

1  date, Defendant has not produced any responsive documents, but the Parties are in the process of
2  finalizing a protective order, after which Defendant will produce documents as indicated in its
3  responses and objections.
4        On January 31, 2021, Plaintiff served a letter identifying alleged deficiencies with respect
5  to Defendant's responses and requesting a time to meet and confer regarding the deficiencies.
6  Defendant responded by letter on February 16, 2021, which included its response to Plaintiff's
7  letter and raised issues regarding alleged deficiencies in Plaintiff's discovery responses. At this
8  time, the parties are attempting to work through their disputes informally prior to raising the
9  matters with the Court.
10       There also remains additional discovery to be completed. First, there exists a possibility
11 that subpoena(s) directed to third part(ies) may be necessary. Additionally, the Parties have not
12 yet conducted depositions.  Plaintiff served its Rule 30(b)(6) Deposition Notice on Defendant on
13 February 19, 2021.
14
15 **2.    Proposed Modification to the Current Schedule**
16    <u>Plaintiff's Position:</u> Plaintiff requests a brief 90-day extension of all remaining deadlines.
17 Plaintiff's current deadline to file its motion for class certification is April 2, 2020. As explained
18 above, the Parties are currently engaged in disputes regarding each parties' responses to
19 discovery. And the additional time is necessary to enable the parties to resolve the disputes prior
20 to scheduling the depositions in this action. Indeed, Plaintiff will be unfairly prejudiced if it is
21 required to question Defendant absent relevant documents and data that are within its possession.
22 Accordingly, a brief extension will enable the Parties to resolve their disputes and complete all
23 depositions prior to proceeding to class certification.
24    <u>Defendant's Position:</u>  Defendant does not oppose Plaintiff's request for an extension in
25 principle, but Defendant believes 90 days is unnecessary.  Rather, Defendant believes that a 60-
26 day extension would be more appropriate.
27
28

Dated: February 19, 2021  */s/ Taylor T. Smith*
Counsel for Plaintiff

Rebecca Davis (SBN 271662)
Lozeau Drury LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: 510-836-4200
Rebecca@lozeaudrury.com

Patrick H. Peluso (*pro hac vice*)
Taylor T. Smith (*pro hac vice*)
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 90210
Tel: 720-213-0676
ppeluso@woodrowpeluso.com
tsmith@woodrowpeluso.com

Dated: February 19, 2021  */s/ Paul A. Grammatico*
Counsel for Defendant

Paul Aldo Grammatico
Kabat Chapman & Ozmer LLP
333 S. Grand Ave, Suite 2222
Los Angeles, CA 90071
(213) 493-3980
Email: pgrammatico@kcozlaw.com

The Court adopts the 60-day extension of time.  Case Management Conference on 2/26/2021 is reset to 5/21/2021 at 8:30 a.m. A Joint Case Management Statement due 5/14/2021.
Date:  February 22, 2021

**<u>SIGNATURE CERTIFICATION</u>**

    Pursuant to Civil L.R. 5-1(i)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained authorization to affix his electronic signature to this document.

                                                By:   */s/ Taylor T. Smith*
                                                      Taylor T. Smith