**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY KATZ CHIROPRACTIC, INC., a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND RESPIRATORY CARE, INC., a California corporation,<br><br>Defendant. | Case No. 3:20-cv-04108-CRB<br><br>**[PROPOSED] SCHEDULING ORDER** |

Plaintiff Jeffrey Katz Chiropractic, Inc. ("Plaintiff" or "Katz") and Defendant Diamond Respiratory Care, Inc. ("Defendant" or "Diamond") (collectively Plaintiff and Defendant are referred to as the "Parties") jointly submit this Proposed Scheduling Order pursuant to the Court's May 18, 2021 Order (dkt. 28). The Parties propose the following deadlines:

| **Event** | **Proposed Deadlines** |
|---|---|
| Deadline to Complete Fact Discovery | October 1, 2021 |
| Plaintiffs' Expert Disclosures Due | November 1, 2021 |
| Defendants' Expert Disclosures Due | November 1, 2021 |
| Rebuttal Expert Disclosures Due | December 20, 2021 |

1

| | |
|---|---|
| Complete Expert Discovery | January 18, 2022 |
| Engage in Good Faith Settlement Discussions | October 1, 2021 |
| Plaintiffs to File Motion for Class Certification | August 2, 2021 |
| Defendants to File Opposition to Class Certification | September 13, 2021 |
| Plaintiffs to File Reply ISO Motion for Class Certification | October 4, 2021 |
| Hearing on Motion for Class Certification | October 28, 2021; 10:00 a.m. |

Dated: May 21, 2021         /s/ Taylor T. Smith
                            Counsel for Plaintiff

                            Rebecca Davis (SBN 271662)
                            Lozeau Drury LLP
                            1939 Harrison Street, Suite 150
                            Oakland, CA 94612
                            Tel: 510-836-4200
                            Rebecca@lozeaudrury.com

                            Patrick H. Peluso (*pro hac vice*)
                            Taylor T. Smith (*pro hac vice*)
                            Woodrow & Peluso, LLC
                            3900 East Mexico Ave., Suite 300
                            Denver, Colorado 90210
                            Tel: 720-213-0676
                            ppeluso@woodrowpeluso.com
                            tsmith@woodrowpeluso.com

Dated: May 21, 2021         /s/ Paul A. Grammatico
                            Counsel for Defendant

                            Paul Aldo Grammatico
                            Kabat Chapman & Ozmer LLP
                            333 S. Grand Ave, Suite 2222
                            Los Angeles, CA 90071
                            (213) 493-3980
                            Email: pgrammatico@kcozlaw.com

2

**SIGNATURE CERTIFICATION**

Pursuant to Civil L.R. 5-1(i)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained authorization to affix his or her electronic signature to this document.

By:   /s/ Taylor T. Smith
            Taylor T. Smith

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above papers was served upon counsel of record by filing such papers via the Court's ECF system on May 21, 2021.

/s/ Taylor T. Smith