**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY KATZ CHIROPRACTIC, INC., a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND RESPIRATORY CARE, INC., a California corporation,<br><br>Defendant. | Case No. 3:20-cv-04108-CRB<br><br>[~~PROPOSED~~] SCHEDULING ORDER |

Plaintiff Jeffrey Katz Chiropractic, Inc. ("Plaintiff" or "Katz") and Defendant Diamond Respiratory Care, Inc. ("Defendant" or "Diamond") (collectively Plaintiff and Defendant are referred to as the "Parties") jointly submit this Proposed Scheduling Order pursuant to the Court's May 18, 2021 Order (dkt. 28). The Parties propose the following deadlines:

| **Event** | **Proposed Deadlines** |
|---|---|
| Deadline to Complete Fact Discovery | October 1, 2021 |
| Plaintiffs' Expert Disclosures Due | November 1, 2021 |
| Defendants' Expert Disclosures Due | November 1, 2021 |
| Rebuttal Expert Disclosures Due | December 20, 2021 |

1

| Complete Expert Discovery | January 18, 2022 |
|---|---|
| Engage in Good Faith Settlement Discussions | October 1, 2021 |
| Plaintiffs to File Motion for Class Certification | August 2, 2021 |
| Defendants to File Opposition to Class Certification | September 13, 2021 |
| Plaintiffs to File Reply ISO Motion for Class Certification | October 4, 2021 |
| Hearing on Motion for Class Certification | October 29, 2021<br>~~October 28,~~ 2021; 10:00 a.m. |

Dated: May 21, 2021        /s/ Taylor T. Smith
                           Counsel for Plaintiff

                           Rebecca Davis (SBN 271662)
                           Lozeau Drury LLP
Date: May 21, 2021         1939 Harrison Street, Suite 150
                           Oakland, CA 94612
                           Tel: 510-836-4200
                           Rebecca@lozeaudrury.com

                           Patrick H. Peluso (*pro hac vice*)
                           Taylor T. Smith (*pro hac vice*)
                           Woodrow & Peluso, LLC
                           3900 East Mexico Ave., Suite 300
                           Denver, Colorado 90210
                           (720) 213-0676
                           ppeluso@woodrowpeluso.com
                           tsmith@woodrowpeluso.com

Dated: May 21, 2021        /s/ Paul A. Grammatico
                           Counsel for Defendant

                           Paul Aldo Grammatico
                           Kabat Chapman & Ozmer LLP
                           333 S. Grand Ave, Suite 2222
                           Los Angeles, CA 90071
                           (213) 493-3980
                           Email: pgrammatico@kcozlaw.com



APPROVED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

2

**SIGNATURE CERTIFICATION**

Pursuant to Civil L.R. 5-1(i)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained authorization to affix his or her electronic signature to this document.

By:     */s/ Taylor T. Smith*
               Taylor T. Smith

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above papers was served upon counsel of record by filing such papers via the Court's ECF system on May 21, 2021.

*/s/ Taylor T. Smith*