Richard T. Drury (SBN 163559)
richard@lozeaudrury.com
Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
LOZEAU DRURY LLP
1939 Harrison St., Suite 150
Oakland, CA 94607
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Alleged Classes*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY KATZ CHIROPRACTIC, INC., a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND RESPIRATORY CARE, INC., a California corporation,<br><br>Defendant. | Case No. 3:20-cv-04108-CRB<br><br>**UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND ALL REMAINING DEADLINES**<br><br>Date: TBD<br>Time: TBD<br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6<br>Complaint Filed: June 22, 2020 |

Pursuant to Local Civil Rule 6-3, Plaintiff Jeffrey Katz Chiropractic, Inc. ("Plaintiff" or "Katz") respectfully requests that the Court issue an Order extending all remaining deadlines by 30 days. In support of the instant motion, Plaintiff states as follows:

1. Plaintiff's counsel conferred with counsel for Defendant Diamond Respiratory Care, Inc. ("Defendant" or "Diamond") regarding the requested extension. Diamond does not oppose the requested extension. (*See* Declaration of Taylor T. Smith ("Smith Decl."), a true and accurate copy of which is attached hereto as Ex. A.)

2. On June 22, 2020, Plaintiff filed the instant action against Defendant alleging wide-scale violations of the Telephone Consumer Protections Act, as amended by the Junk Fax Prevention Act of 2005, 47 U.S.C. § 227, *et seq*. ("JFPA" or the "Act")

3. To date, the Parties have diligently worked to gather the information needed to

1

litigate this case through class certification, including serving and responding to numerous sets of discovery requests. (Smith Decl. ¶ 4.) Additionally, after Defendant disclosed that it utilized Duck Dive Communications, LLC d/b/a jBlast's ("jBlast") fax broadcasting software to send the faxes at issue in this case, Plaintiff effectuated a subpoena to produce documents, information, or objects directed to nonparty, jBlast. (*Id.* ¶ 5.)

4. After the Parties filed their most recent status report, the Court set the following deadlines for the remainder of the case:

| **Event** | **Proposed Deadlines** |
|---|---|
| Deadline to Complete Fact Discovery | October 1, 2021 |
| Plaintiffs' Expert Disclosures Due | November 1, 2021 |
| Defendants' Expert Disclosures Due | November 1, 2021 |
| Rebuttal Expert Disclosures Due | December 20, 2021 |
| Complete Expert Discovery | January 18, 2022 |
| Engage in Good Faith Settlement Discussions | October 1, 2021 |
| Plaintiffs to File Motion for Class Certification | August 2, 2021 |
| Defendants to File Opposition to Class Certification | September 13, 2021 |
| Plaintiffs to File Reply ISO Motion for Class Certification | October 4, 2021 |
| Hearing on Motion for Class Certification | October 29, 2021; 10:00 a.m. |

(Dkt. 30.)

5. After the schedule was entered, the Parties worked to schedule the depositions of both parties. (Smith Decl. ¶ 7.)

2

6. The Parties agreed to schedule the deposition of Plaintiff's corporate representative to commence on July 10, 2021. (*Id.* ¶ 8.)

7. Further, on June 3, 2021, Diamond's counsel informed Plaintiff's counsel that its corporate representative was available for a deposition between July 14, 2021 and July 23, 2021. (*Id.* ¶ 9.) The parties ultimately agreed to schedule Diamond's deposition to commence on July 22, 2021. (*Id.*)

8. Given the current deadline to file its motion for class certification (August 2, 2021), Plaintiff is concerned that it is not possible to obtain and review the deposition transcripts prior to briefing class certification. Consequently, Plaintiff respectfully requests that the Court extend all deadlines by 30-days. Plaintiff proposes extending all deadlines as set forth below.

| Event | Proposed Deadlines |
|---|---|
| Deadline to Complete Fact Discovery | November 1, 2021 |
| Plaintiffs' Expert Disclosures Due | December 1, 2021 |
| Defendants' Expert Disclosures Due | December 1, 2021 |
| Rebuttal Expert Disclosures Due | January 20, 2021 |
| Complete Expert Discovery | February 18, 2022 |
| Engage in Good Faith Settlement Discussions | November 1, 2021 |
| Plaintiffs to File Motion for Class Certification | September 2, 2021 |
| Defendants to File Opposition to Class Certification | October 13, 2021 |
| Plaintiffs to File Reply ISO Motion for Class Certification | November 4, 2021 |

| Hearing on Motion for Class Certification | December 3, 2021; 10:00 a.m. |
|---|---|

9. In short, a brief 30-day extension of the remaining deadlines is necessary to permit Plaintiff sufficient time to obtain and review the deposition transcripts prior to briefing class certification. Further, the extension will enable the Court to make a determination regarding class certification based on a complete record, including the testimony of both Parties.

WHEREFORE, Plaintiff respectfully requests that the Court issue an Order extending all remaining deadlines by 30 days.

Dated: June 23, 2021  /s/ Taylor T. Smith
Counsel for Plaintiff

Rebecca Davis (SBN 271662)
Lozeau Drury LLP
1939 Harrison Street, Suite 150
Oakland, CA 94612
Tel: 510-836-4200
Rebecca@lozeaudrury.com

Patrick H. Peluso (*pro hac vice*)
Taylor T. Smith (*pro hac vice*)
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 90210
Tel: 720-213-0676
ppeluso@woodrowpeluso.com
tsmith@woodrowpeluso.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above papers was served upon counsel of record by filing such papers via the Court's ECF system on June 23, 2021.

<u>/s/ Taylor T. Smith</u>