# Exhibit A

Richard T. Drury (SBN 163559)
richard@lozeaudrury.com
Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
LOZEAU DRURY LLP
1939 Harrison St., Suite 150
Oakland, CA 94607
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Alleged Classes*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY KATZ CHIROPRACTIC, INC., a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND RESPIRATORY CARE, INC., a California corporation,<br><br>Defendant. | Case No. 3:20-cv-04108-CRB<br><br>**DECLARATION OF TAYLOR T. SMITH IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND ALL REMAINING DEADLINES**<br><br>Date: TBD<br>Time: TBD<br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6<br>Complaint Filed: June 22, 2020 |

I, Taylor T. Smith, declare as follows:

1.  I am an associate attorney with the law firm Woodrow & Peluso, LLC and an attorney of record for Plaintiff Jeffrey Katz Chiropractic, Inc. ("Plaintiff" or "Katz").

2.  I certify that Plaintiff's counsel conferred with counsel for Defendant Diamond Respiratory Care, Inc. ("Defendant" or "Diamond") regarding the requested extension. Diamond does not oppose the requested extension.

3.  On June 22, 2020, Plaintiff filed the instant action against Defendant alleging wide-scale violations of the Telephone Consumer Protections Act, as amended by the Junk Fax Prevention Act of 2005, 47 U.S.C. § 227, *et seq.* ("JFPA" or the "Act")

4.  On November 13, 2020, Defendant served its first set of discovery requests, including requests for production and interrogatories. Plaintiff served its objections and responses

1

to Defendant's first set of requests on December 14, 2020. On November 18, 2020, Plaintiff served its first set of discovery requests, including requests for production and interrogatories. Defendant served its objections and responses to Plaintiff's discovery requests on December 28, 2020. On March 29, 2021, Plaintiff served its second set of discovery requests on Diamond, including additional interrogatories and requests for production. Diamond served its responses to Plaintiff's second set of discovery on May 7, 2021.

5. After Defendant disclosed that it utilized Duck Dive Communications, LLC d/b/a jBlast's ("jBlast") fax broadcasting software to send the faxes at issue in this case, Plaintiff worked to effectuate a subpoena to produce documents, information, or objects directed to nonparty jBlast. jBlast provided its response to the subpoena on May 14, 2021, along with its corresponding document production.

6. On May 21, 2021, the Court issued an Order setting the following deadlines for the remainder of the case:

| Event | Proposed Deadlines |
|---|---|
| Deadline to Complete Fact Discovery | October 1, 2021 |
| Plaintiffs' Expert Disclosures Due | November 1, 2021 |
| Defendants' Expert Disclosures Due | November 1, 2021 |
| Rebuttal Expert Disclosures Due | December 20, 2021 |
| Complete Expert Discovery | January 18, 2022 |
| Engage in Good Faith Settlement Discussions | October 1, 2021 |
| Plaintiffs to File Motion for Class Certification | August 2, 2021 |
| Defendants to File Opposition to Class Certification | September 13, 2021 |

| | |
|---|---|
| Plaintiffs to File Reply ISO Motion for Class Certification | October 4, 2021 |
| Hearing on Motion for Class Certification | October 29, 2021; 10:00 a.m. |

(Dkt. 30.)

7. The Parties then worked to schedule the depositions of both parties.

8. Following an exchange of proposed dates, the Parties agreed to schedule the deposition of Plaintiff's corporate representative to commence on July 10, 2021.

9. On June 3, 2021, Diamond provided available dates for the deposition of its corporate representative between July 14, 2021 and July 23, 2021. The parties ultimately agreed to schedule Diamond's deposition to commence on July 22, 2021.

10. Given the close proximity of the depositions to the deadline for class certification, the parties are in agreement that additional time is necessary to enable the parties to obtain and review the deposition transcripts prior to briefing class certification. As such, the parties are in agreement that the remaining deadlines should be extended as follows:

| **Event** | **Proposed Deadlines** |
|---|---|
| Deadline to Complete Fact Discovery | November 1, 2021 |
| Plaintiffs' Expert Disclosures Due | December 1, 2021 |
| Defendants' Expert Disclosures Due | December 1, 2021 |
| Rebuttal Expert Disclosures Due | January 20, 2021 |
| Complete Expert Discovery | February 18, 2022 |
| Engage in Good Faith Settlement Discussions | November 1, 2021 |
| Plaintiffs to File Motion for Class Certification | September 2, 2021 |

3

| Defendants to File Opposition to Class Certification | October 13, 2021 |
|---|---|
| Plaintiffs to File Reply ISO Motion for Class Certification | November 4, 2021 |
| Hearing on Motion for Class Certification | December 3, 2021; 10:00 a.m. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 23, 2021, in Denver, Colorado.

By:    */s/ Taylor T. Smith*

Taylor T. Smith*
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 907-7628
Facsimile: (303) 927-0809

4