1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

9

10  JEFFREY KATZ CHIROPRACTIC, INC., a
    California corporation, individually and on
11  behalf of all others similarly situated,

12                          Plaintiff,

13  v.

14  DIAMOND RESPIRATORY CARE, INC., a
    California corporation,

15                          Defendant.

16

Case No. 3:20-cv-04108-CRB

[~~PROPOSED~~] **ORDER GRANTING**
**UNOPPOSED ADMINISTRATIVE**
**MOTION TO EXTEND ALL**
**REMAINING DEADLINES**

17

18      Pending before the Court is Plaintiff's Administrative Motion to Extend All Remaining

19  Deadlines ("Motion"). Having read and considered the Motion, the Court, being fully advised in

20  the premises, finds as follows:

21      1.      The Motion is **GRANTED**.

22      2.      The Court hereby sets the following deadlines:

23

| Event | Proposed Deadlines |
|---|---|
| Deadline to Complete Fact Discovery | November 1, 2021 |
| Plaintiffs' Expert Disclosures Due | December 1, 2021 |
| Defendants' Expert Disclosures Due | December 1, 2021 |

24

25

26

27

28

| | |
|---|---|
| Rebuttal Expert Disclosures Due | January 20, 2021 |
| Complete Expert Discovery | February 18, 2022 |
| Engage in Good Faith Settlement Discussions | November 1, 2021 |
| Plaintiffs to File Motion for Class Certification | September 2, 2021 |
| Defendants to File Opposition to Class Certification | October 13, 2021 |
| Plaintiffs to File Reply ISO Motion for Class Certification | November 4, 2021 |
| Hearing on Motion for Class Certification | December 3, 2021; 10:00 a.m. |

**IT IS HEREBY ORDERED.**


Dated:  June 24, 2021

Hon. Charles R. Breyer
United States District Judge