# Group Exhibit C



**CONFIDENTIAL**

**DIAMOND_000001**



**CONFIDENTIAL**                                                      **DIAMOND_000002**

**CONFIDENTIAL**

**DIAMOND_000003**



**CONFIDENTIAL**                                                                          **DIAMOND_000004**



**CONFIDENTIAL**

**DIAMOND_000005**



**CONFIDENTIAL**

**DIAMOND_000006**



**CONFIDENTIAL**                                          **DIAMOND_000007**



**CONFIDENTIAL**                                                                                                          **DIAMOND_000008**



**CONFIDENTIAL**



CONFIDENTIAL



**CONFIDENTIAL**

**DIAMOND_000011**



**CONFIDENTIAL**                                                                                    **DIAMOND_000012**



**CONFIDENTIAL**

**DIAMOND_000013**



**CONFIDENTIAL**

**DIAMOND_000014**