# Exhibit B



# HAND SANITIZER NOW IN STOCK

We've received a small shipment of hand sanitizer that is now available for sale on our website.



- 80% Alcohol
- 200ml bottles
- Liquid hand sanitizer
- Available is cases of 6, 12, and 48
- Can be sprayed on surfaces too*

As you may know, Diamond created a PPE co-op to help fellow home care facilities and physician's offices obtain the items they need to re-open their offices.

Learn more on our website.

# www.diamondrx.com

(800) 977-3002

* Sprayer not Included

KATZ000001