# Group Exhibit C



**CONFIDENTIAL**

**DIAMOND_000001**

CONFIDENTIAL DIAMOND_000002

CONFIDENTIAL DIAMOND_000003



CONFIDENTIAL                                                                                                DIAMOND_000004



CONFIDENTIAL DIAMOND_000005



CONFIDENTIAL DIAMOND_000006



CONFIDENTIAL DIAMOND_000007



CONFIDENTIAL DIAMOND_000008



CONFIDENTIAL DIAMOND_000009



CONFIDENTIAL DIAMOND_000010



CONFIDENTIAL DIAMOND_000011



CONFIDENTIAL                                                                                           DIAMOND_000012



CONFIDENTIAL DIAMOND_000013



CONFIDENTIAL DIAMOND_000014