# Exhibit D

Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
LOZEAU DRURY LLP
1939 Harrison St., Suite 150
Oakland, CA 94607
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Alleged Classes*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY KATZ CHIROPRACTIC, INC., a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND RESPIRATORY CARE, INC., a California corporation,<br><br>Defendant. | Case No. 3:20-cv-04108-CRB<br><br>**DECLARATION OF PATRICK H. PELUSO IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>Date: December 3, 2021<br>Time: 10:00 AM<br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6<br>Complaint Filed: June 22, 2020 |

I, Patrick H. Peluso, declare as follows:

1. I am a partner with the law firm Woodrow & Peluso, LLC and an attorney of record for Plaintiff Jeffrey Katz Chiropractic, Inc. ("Plaintiff" or "Katz") and the alleged Class in the above-captioned action. I am over the age of 18 and can competently testify to the matters set forth herein if called to do so.

2. On March 24, 2021, Plaintiff issued a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action directed to Duck Dive Communications, LLC d/b/a jBlast ("jBlast").

3. The jBlast subpoena sought documents and information concerning Defendant Diamond Respiratory Care, Inc.'s ("Defendant" or "Diamond") use of the jBlast broadcast fax

1  system, including all records of faxes sent using the system.

2      4.    On May 14, 2021, jBlast produced responses to the subject subpoena. jBlast's response confirmed that it does not maintain records of the individual faxes sent by its customers.

    5.    On June 3, 2021, Diamond produced a .csv data file bates labeled DIAMOND_000016 (hereafter "Fax List"), which contained 22,050 fax numbers. After removing the duplicate numbers, the Fax List contains 19,985 unique fax numbers. The Fax List was marked as Exhibit 4 during Diamond's Rule 30(b)(6) deposition.

    6.    In discovery, Diamond also produced seven (7) jBlast job summary reports. (*See* jBlast Job Summary Reports, attached as Group Exhibit C to Plaintiff's Motion for Class Certification.) The jBlast job summary reports reveal that Diamond uploaded 17,219 fax numbers into the jBlast fax system across the seven transmissions.

    7.    On August 13, 2021, Diamond produced nine (9) declarations signed by potential class members.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 2, 2021, in Denver, Colorado.

By:    */s/ Patrick H. Peluso*

    Patrick H. Peluso
    ppeluso@woodrowpeluso.com
    **WOODROW & PELUSO, LLC**
    3900 East Mexico Avenue, Suite 300
    Denver, Colorado 80210
    Telephone: (720) 213-0676