# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KATZ CHIROPRACTIC, INC., a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND RESPIRATORY CARE, INC., a California corporation,<br><br>Defendant. | Case No. 3:20-cv-04108-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date: December 3, 2021<br>Time: 10:00 AM<br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6<br>Complaint Filed: June 22, 2020 |

WHEREAS, an alleged class action is pending before this Court entitled *Jeffrey Katz Chiropractic, Inc. v. Diamond Respiratory Care, Inc.*, Case No. 3:20-cv-04108-CRB; and

WHEREAS, the Court has read and considered Plaintiff's Motion for Class Certification and the exhibits attached thereto (the "Motion"). The Court, being fully advised in the premises, finds as follows:

**IT IS HEREBY ORDERED, DECREED, AND ADJUDGED AS FOLLOWS:**

1. The Court finds as follows as to each of the requirements of Rule 23(a):

    a. The Class is so numerous that joinder of all members is impractical;

    b. There are questions of law and fact common to the Class and, thus the commonality requirement is met;

    c. Plaintiff's claims are typical of the Class's claims; and

      d.      Both Plaintiff and its counsel have no interests adverse to the Class and are adequate representatives.

2. The Court finds that Defendant has acted or refused to act on grounds generally applicable to the Class so as to justify certification pursuant to Rule 23(b)(2).

3. The Court also finds that the requirements to certify the Class pursuant to Rule 23(b)(3) are satisfied as well because common questions of law and fact predominate, and the class action mechanism is superior to all other available methods of adjudication.

4. Based upon the foregoing reasons, the Court grants Plaintiff's motion for class certification and finds that Plaintiff's Complaint satisfies the requirements of Rule 23 and therefore certifies the following Class:

> **Unsolicited Fax Class**: All persons who, from the date June 22, 2016, through the date notice is sent to the Class, received at least one telephone facsimile message substantially similar to Exhibit B, where prior express permission or invitation to send the faxes was supposedly obtained by Diamond through its general sales process.

5. The Court appoints Plaintiff Jeffrey Katz Chiropractic, Inc. as Class Representative;

6. The Court appoints Patrick H. Peluso and Taylor T. Smith of Woodrow & Peluso, LLC as Class Counsel;

7. Plaintiff shall file a class action notice plan within 30 days.

**IT IS SO ORDERED.**


Dated: _____                       _____
                                                                     Hon. Charles R. Breyer
                                                                       United States District Judge