Paul A. Grammatico (SBN 246380)
pgrammatico@kcozlaw.com
**KABAT CHAPMAN & OZMER LLP**
333 S. Grand Avenue, Suite 2225
Los Angeles, CA 90071
Telephone:  (213) 493-3980
Facsimile:   (404) 400-7333

*Counsel for Defendant Diamond Respiratory Care, Inc.*

(Counsel continued on following page)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY KATZ CHIROPRACTIC, INC., a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DIAMOND RESPIRATORY CARE, INC., a California Corporation,<br><br>Defendant. | Case No: 3:20-cv-04108-CRB<br><br>Honorable Charles R. Breyer<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR ITS OPPOSITION TO MOTION FOR CLASS CERTIFICATION** |

1  Ryan D. Watstein (*Pro Hac Vice*)
   rwatstein@kcozlaw.com
2  KABAT CHAPMAN & OZMER LLP
3  171 17th Street NW, Suite 1550
   Atlanta, GA 30363
4  Telephone: (404) 400-7300
5  Facsimile: (404) 400-7333

*Counsel for Defendant Diamond Respiratory Care, Inc.*

Defendant Diamond Respiratory Care, Inc. ("Defendant"), by and through its undersigned counsel, hereby moves the Court for leave to exceed the 15-page limit for its Opposition to Plaintiff's Motion for Class Certification.

Good cause exists to grant Defendant's motion to exceed the page limit. The Opposition involves complex legal and evidentiary issues related to class certification, including Plaintiff's request to certify a class under both Rule 23(b)(2) and 23(b)(3). Defendant therefore seeks a higher page limit in order to fully address all of the issues for the Court. Additionally, Plaintiff's Motion for Class Certification exceeded the page limit by 5 pages.

Accordingly, Defendant requests that the Court grant its motion to extend the page limit to 25 pages. However, Defendant will attempt, to the extent possible, to confine its Opposition to fewer than 25 pages.

DATED: October 8, 2021               KABAT CHAPMAN & OZMER LLP


                                     By: /s/ *Paul A. Grammatico*
                                         Paul A. Grammatico
                                         *Attorney for Defendant*

# PROOF OF SERVICE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

I am employed in Los Angeles, California; I am over the age of 18 and not a party to the within action; my business address is 333 S. Grand Avenue, Suite 2225, Los Angeles, CA 90071.

On October 8, 2021, I served the foregoing document(s) described as **DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR ITS OPPOSITION TO MOTION FOR CLASS CERTIFICATION** on the interested parties to this action by delivering a copy thereof in a sealed envelope addressed to each of said interested parties at the following address(es): SEE ATTACHED LIST

☐ **(BY MAIL)** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, CA. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☒ **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on October 8, 2021, at Los Angeles, California.

*/s/ Paul A. Grammatico*
Paul A. Grammatico

## SERVICE LIST

Rebecca Davis
LOZEAU DRURY LLP
Email: rebecca@lozeaudrury.com

Patrick H. Peluso
Taylor T. Smith
Woodrow & Peluso, LLC
Email: ppeluso@woodrowpeluso.com
Email: tsmith@woodrowpeluso.com

*Counsel for Plaintiffs*