# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KATZ CHIROPRACTIC, INC., a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DIAMOND RESPIRATORY CARE, INC., a California Corporation,<br><br>Defendant. | Case No: 3:20-cv-04108-CRB<br><br>Honorable Charles R. Breyer<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR ITS OPPOSITION TO MOTION FOR CLASS CERTIFICATION** |

**[PROPOSED] ORDER**

Upon consideration of Defendant Diamond Respiratory Care, Inc. Motion for Leave to Exceed Page Limit by 10 pages (for a total of 25) with regard to its Opposition to Motion for Class Certification, and finding good cause shown, the Court ORDERS that the Motion is GRANTED.

**IT IS SO ORDERED.**

Dated: _____          _____
                                          Honorable Charles R. Breyer
                                          United States District