|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     |     |
| 3   |     |     |
| 4   |     |     |
| 5   |     |     |
| 6   |     |     |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JEFFREY KATZ CHIROPRACTIC, INC., a California corporation, individually and on behalf of all others similarly situated, | Case No: 3:20-cv-04108-CRB |
| | Honorable Charles R. Breyer |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR ITS OPPOSITION TO MOTION FOR CLASS CERTIFICATION** |
| vs. | |
| DIAMOND RESPIRATORY CARE, INC., a California Corporation, | |
| Defendant. | |

[PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

Upon consideration of Defendant Diamond Respiratory Care, Inc. Motion for Leave to Exceed Page Limit by 10 pages (for a total of 25) with regard to its Opposition to Motion for Class Certification, and finding good cause shown, the Court ORDERS that the Motion is GRANTED.

**IT IS SO ORDERED.**

Dated: October 12, 2021

_____
Honorable Charles R. Breyer
United States District