1  Paul A. Grammatico (SBN 246380)
   pgrammatico@kcozlaw.com
2  KABAT CHAPMAN & OZMER LLP
3  333 S. Grand Avenue, Suite 2225
   Los Angeles, CA 90071
4  Telephone: (213) 493-3980
5  Facsimile: (404) 400-7333

6  *Counsel for Defendant*

7
   (Counsel continued on following page)
8

9           **UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**
10

11 | JEFFREY KATZ CHIROPRACTIC,          Case No.  3:20-cv-04108-CRB
   | INC., a California corporation,
12 | individually and on behalf of all others   **DECLARATION OF ADRIEN**
   | similarly situated                          **RANCES**
13
14 |           Plaintiff,               Complaint Filed: June 22, 2020
15 |      vs.
                                        Honorable Charles R. Breyer
16 | DIAMOND RESPIRATORY CARE,
   | INC., a California Corporation
17
18 |           Defendant.

19

20

21

22

23

24

25

26

27

28

1  Ryan D. Watstein (*Pro Hac Vice* to be filed)
   rwatstein@kcozlaw.com
2  Daniel H. Gaynor (*Pro Hac Vice* to be filed)
3  dgaynor@kcozlaw.com
   KABAT CHAPMAN & OZMER LLP
4  171 17th Street NW, Suite 1550
5  Atlanta, GA 30363
   Telephone: (404) 400-7300
6  Facsimile: (404) 400-7333
7
   *Counsel for Defendant*
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DECLARATION OF ADRIEN RANCES

Pursuant to 28 U.S. Code § 1746, the undersigned, Adrien Rances, says that:

1.     My name is Adrien Rances.  I am over the age of 18 years and competent to give this Declaration.

2.     I work for Suncrest Home Health Services (the "Company") and have done so for approximately four years.  My current title is Case Manager.  As part of my job function, I am familiar with the Company's communications systems as well as communications and correspondence that the Company receives from third parties.

3.     The Company has done business with Diamond Respiratory Care, Inc. for several years.  In the context of this business relationship, the Company voluntarily provided its fax number to Diamond and has consented to receive faxes, including faxes like the one attached as "Exhibit A", from Diamond.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ~~April 16,~~ 2021, in Chino, California.
May 5, 2021

_____

Adrien Rances

# Exhibit A

 **DIAMOND**

# HAND SANITIZER NOW IN STOCK

We've received a small shipment of hand sanitizer that is now available for sale on our website.



- **80% Alcohol**
- **200ml bottles**
- **Liquid hand sanitizer**
- **Available is cases of  6, 12, and 48**
- **Can be sprayed on surfaces too**\*

As you may know, Diamond created a PPE co-op to help fellow home care facilities and physician's offices obtain the items they need to re-open their offices.

Learn more on our website.

# www.diamondrx.com

**(800) 977-3002**

\* Sprayer not included