1 | Paul A. Grammatico (SBN 246380)
pgrammatico@kcozlaw.com
2 | KABAT CHAPMAN & OZMER LLP
3 | 333 S. Grand Avenue, Suite 2225
Los Angeles, CA 90071
4 | Telephone: (213) 493-3980
5 | Facsimile: (404) 400-7333

6
*Counsel for Defendant,*
7 | *Diamond Respiratory Care, Inc.*

8
(Counsel continued on following page)
9

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KATZ CHIROPRACTIC, INC., a California corporation, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br>vs.<br><br>DIAMOND RESPIRATORY CARE, INC., a California Corporation<br><br>Defendant. | Case No. 3:20-cv-04108-CRB<br><br>**DECLARATION OF IVON RODRIGUEZ**<br><br>Complaint Filed: June 22, 2020<br><br>Honorable Charles R. Breyer |

1  Ryan D. Watstein (*Pro Hac Vice* to be filed)
2  rwatstein@kcozlaw.com
3  KABAT CHAPMAN & OZMER LLP
   171 17th Street NW, Suite 1550
4  Atlanta, GA 30363
5  Telephone: (404) 400-7300
   Facsimile: (404) 400-7333
6
7  *Counsel for Defendant*

## DECLARATION OF IVON RODRIGUEZ

Pursuant to 28 U.S. Code § 1746, the undersigned, Ivon Rodriguez, says that:

1. My name is Ivon Rodriguez. I am over the age of 18 years and competent to give this Declaration.

2. I work for the office of Dr. Amer Jandali, MD (the "Office") and have done so for approximately 13 years. My current title is Medical Assistant. As part of my job function, I am familiar with the Office's communications systems as well as communications and correspondence that the Office receives from third parties.

3. The Office has done business with Diamond Respiratory Care, Inc. for over 13 years. In the context of this business relationship, the Office voluntarily provided its fax number to Diamond and has consented to receive faxes, including faxes like the one attached as "Exhibit A", from Diamond.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June ___, 2021, in Los Angeles, California.

*/s/ Ivon Rodriguez*
Ivon Rodriguez

# Exhibit A


**DIAMOND**

# HAND SANITIZER NOW IN STOCK

We've received a small shipment of hand sanitizer that is now available for sale on our website.



- **80% Alcohol**
- **200ml bottles**
- **Liquid hand sanitizer**
- **Available is cases of 6, 12, and 48**
- **Can be sprayed on surfaces too**\*

As you may know, Diamond created a PPE co-op to help fellow home care facilities and physician's offices obtain the items they need to re-open their offices.

Learn more on our website.

# www.diamondrx.com

**(800) 977-3002**

\* Sprayer not included