Paul A. Grammatico (SBN 246380)
pgrammatico@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
333 S. Grand Avenue, Suite 2225
Los Angeles, CA 90071
Telephone: (213) 493-3980
Facsimile: (404) 400-7333

*Counsel for Defendant,*
*Diamond Respiratory Care, Inc.*

(Counsel continued on following page)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KATZ CHIROPRACTIC, INC., a California corporation, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> DIAMOND RESPIRATORY CARE, INC., a California Corporation <br><br> Defendant. | Case No. 3:20-cv-04108-CRB <br><br> **DECLARATION OF MARIA TERESA POLITICO** <br><br> Complaint Filed: June 22, 2020 <br><br> Honorable Charles R. Breyer |

1 | Ryan D. Watstein (*Pro Hac Vice* to be filed)
2 | rwatstein@kcozlaw.com
  | KABAT CHAPMAN & OZMER LLP
3 | 171 17th Street NW, Suite 1550
  | Atlanta, GA 30363
4 | Telephone: (404) 400-7300
5 | Facsimile: (404) 400-7333
6 |
  | *Counsel for Defendant*

## DECLARATION OF MARIA TERESA POLITICO

Pursuant to 28 U.S. Code § 1746, the undersigned, Maria Teresa Politico, says that:

1. My name is Maria Teresa Politico. I am over the age of 18 years and competent to give this Declaration.

2. I work for ERA Home Health (the "Company") and have done so for over 25 years. My current title is Director of Professional Services. As part of my job function, I am familiar with the Company's communications systems as well as communications and correspondence that the Company receives from third parties.

3. The Company has done business with Diamond Respiratory Care, Inc. since approximately December of 2019. In the context of this business relationship, the Company voluntarily provided its fax number to Diamond and has consented to receive faxes, including faxes like the one attached as "Exhibit A", from Diamond.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___July 1___, 2021.

_____
Maria Teresa Politico

# Exhibit A



# HAND SANITIZER NOW IN STOCK

We've received a small shipment of hand sanitizer that is now available for sale on our website.



- **80% Alcohol**
- **200ml bottles**
- **Liquid hand sanitizer**
- **Available is cases of 6, 12, and 48**
- **Can be sprayed on surfaces too**\*

As you may know, Diamond created a PPE co-op to help fellow home care facilities and physician's offices obtain the items they need to re-open their offices.

Learn more on our website.

# www.diamondrx.com

**(800) 977-3002**

\* Sprayer not included