1  Paul A. Grammatico (SBN 246380)
2  pgrammatico@kcozlaw.com
   KABAT CHAPMAN & OZMER LLP
3  333 S. Grand Avenue, Suite 2225
   Los Angeles, CA 90071
4  Telephone: (213) 493-3980
5  Facsimile: (404) 400-7333

6  *Counsel for Defendant*

7
8  (Counsel continued on following page)

9           **UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11 JEFFREY KATZ CHIROPRACTIC, INC., a California corporation, individually and on behalf of all others similarly situated | Case No.  3:20-cv-04108-CRB |
| 12 | **DECLARATION OF LAURA AVILA** |
| 13 | |
| 14           Plaintiff, | Complaint Filed: June 22, 2020 |
| 15      vs. | |
| 16 DIAMOND RESPIRATORY CARE, INC., a California Corporation | Honorable Charles R. Breyer |
| 17 | |
| 18           Defendant. | |

19
20
21
22
23
24
25
26
27
28

Ryan D. Watstein (*Pro Hac Vice* to be filed)
rwatstein@kcozlaw.com
Daniel H. Gaynor (*Pro Hac Vice* to be filed)
dgaynor@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
171 17th Street NW, Suite 1550
Atlanta, GA 30363
Telephone: (404) 400-7300
Facsimile: (404) 400-7333

*Counsel for Defendant*

## DECLARATION OF LAURA AVILA

Pursuant to 28 U.S. Code § 1746, the undersigned, Laura Avila, says that:

1.      My name is Laura Avila.  I am over the age of 18 years and competent to give this Declaration.

2.      I work for the office of Dr. Jack Cochran, M.D. (the "Office") and have done so since approximately 2008.  My current title is Office Manager.  As part of my job function, I am familiar with the Office's communications systems as well as communications and correspondence that the Office receives from third parties.

3.      The Office has done business with Diamond Respiratory Care, Inc. for many years.  In the context of this business relationship, the Office voluntarily provided its fax number to Diamond and has consented to receive faxes, including faxes like the one attached as "Exhibit A," from Diamond.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April ___, 2021, in Corona, California.

Laura Avila

# Exhibit A

 **DIAMOND**

# HAND SANITIZER NOW IN STOCK

We've received a small shipment of hand sanitizer that is now available for sale on our website.



- **80% Alcohol**
- **200ml bottles**
- **Liquid hand sanitizer**
- **Available is cases of  6, 12, and 48**
- **Can be sprayed on surfaces too***

As you may know, Diamond created a PPE co-op to help fellow home care facilities and physician's offices obtain the items they need to re-open their offices.

Learn more on our website.

# www.diamondrx.com

**(800) 977-3002**

* Sprayer not included