1  Paul A. Grammatico (SBN 246380)
   pgrammatico@kcozlaw.com
2  KABAT CHAPMAN & OZMER LLP
3  333 S. Grand Avenue, Suite 2225
   Los Angeles, CA 90071
4  Telephone: (213) 493-3980
5  Facsimile: (404) 400-7333

6  *Counsel for Defendant*

7
   (Counsel continued on following page)
8

9              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
10

11 | JEFFREY KATZ CHIROPRACTIC, INC., a California corporation, individually and on behalf of all others similarly situated | Case No. 3:20-cv-04108-CRB |
12 | | **SUPPLEMENTAL DECLARATION OF LAURA AVILA** |
13 | | |
14 | Plaintiff, | Complaint Filed: June 22, 2020 |
15 | vs. | |
   | | Honorable Charles R. Breyer |
16 | DIAMOND RESPIRATORY CARE, INC., a California Corporation | |
17 | | |
18 | Defendant. | |

1  Ryan D. Watstein (*Pro Hac Vice* to be filed)
   rwatstein@kcozlaw.com
2  Daniel H. Gaynor (*Pro Hac Vice* to be filed)
3  dgaynor@kcozlaw.com
   KABAT CHAPMAN & OZMER LLP
4  171 17th Street NW, Suite 1550
5  Atlanta, GA 30363
   Telephone: (404) 400-7300
6  Facsimile: (404) 400-7333
7
8  *Counsel for Defendant*

## DECLARATION OF LAURA AVILA

Pursuant to 28 U.S. Code § 1746, the undersigned, Laura Avila, says that:

1. My name is Laura Avila. I am over the age of 18 years and competent to give this Declaration.

2. I work for the office of Dr. Jack Cochran, M.D. (the "Office") and have done so since approximately 2008. My current title is Office Manager. As part of my job function, I am familiar with the Office's communications systems as well as communications and correspondence that the Office receives from third parties.

3. This declaration supplements the previous declaration I executed in this matter.

4. I was contacted by the Plaintiff's attorney in this matter, Taylor Smith, on or about August 17, 2021. I did not know whom I was speaking with and he did not clearly identify on the phone who he was, who he was representing, or why he was contacting me.

5. Thereafter, on or about August 19, 2021, Mr. Smith sent me a draft declaration and asked me to sign it. The draft declaration is attached hereto as Exhibit A.

6. I did not sign it because it contained false statements—including that "I have no recollection as to how Diamond Respiratory Care, Inc. obtained our Offices' fax number."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 1, 2021, in Corona, California.

*/s/ Laura Avila*
Laura Avila

# Exhibit A

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY KATZ CHIROPRACTIC, INC., a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND RESPIRATORY CARE, INC., a California corporation,<br><br>Defendant. | Case No. 3:20-cv-04108-CRB<br><br>**DECLARATION OF LAURA AVILA** |

I, Laura Avila, declare as follows:

1. I am over the age of eighteen. I make the following statements based upon my own personal knowledge, and I am able to testify to the matters set forth herein if called upon to do so.

2. I am employed with the office of Dr. Jack Cochran, M.D. (the "Office") as the Office Manager. In my role, I am familiar with the Office's communication systems as well as the policies, practices, and procedures relating to communications, including the receipt of faxes from third parties.

3. I previously executed the declaration attached hereto as Exhibit A. This declaration amends and supersedes the declaration attached as Exhibit A.

4. While the Office does not take issue with receiving faxes from third parties, I have no recollection as to how Diamond Respiratory Care, Inc. obtained our Office's fax number.

1

1       5.      I also do not recall the Office receiving any fax from Diamond Respiratory Care, Inc. advertising hand sanitizer for purchase.

6.      Further, while obtaining the prior declaration (Ex. A), Diamond Respiratory Care, Inc.'s counsel did not disclose that by executing the declaration the Office may be giving up its right to participate in any future class or receive a portion of any money obtained as a result of any judgment.

7.      I declare under the penalty of perjury that the foregoing is true and correct.

8.      Further affiant sayeth not.

Executed on _____ in _____.

_____
Laura Avila

2