Paul A. Grammatico (SBN 246380)
pgrammatico@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
333 S. Grand Avenue, Suite 2225
Los Angeles, CA 90071
Telephone: (213) 493-3980
Facsimile: (404) 400-7333

*Counsel for Defendant,*
*Diamond Respiratory Care, Inc.*

(Counsel continued on following page)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY KATZ CHIROPRACTIC, INC., a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>DIAMOND RESPIRATORY CARE, INC., a California Corporation<br><br>Defendant. | Case No. 3:20-cv-04108-CRB<br><br>**DECLARATION OF KATHERINE CASTILLO**<br><br>Complaint Filed: June 22, 2020<br><br>Honorable Charles R. Breyer |

1  Ryan D. Watstein (*Pro Hac Vice* to be filed)
   rwatstein@kcozlaw.com
2  KABAT CHAPMAN & OZMER LLP
3  171 17th Street NW, Suite 1550
   Atlanta, GA 30363
4  Telephone: (404) 400-7300
5  Facsimile: (404) 400-7333

6  *Counsel for Defendant*

# DECLARATION OF KATHERINE CASTILLO

Pursuant to 28 U.S. Code § 1746, the undersigned, Katherine Castillo, says that:

1. My name is Katherine Castillo. I am over the age of 18 years and competent to give this Declaration.

2. I work for Montrose Home Health (the "Office"). My current title is Intake RN, and I have held this position for approximately 8 years. As part of my job function, I am familiar with the Office's communications systems as well as communications and correspondence that the Office receives from third parties.

3. I do not recall whether the Office received the fax attached here as Exhibit A regarding hand sanitizer.

4. The Office has done business with Diamond Respiratory Care, Inc. for approximately 1 year. In the context of this business relationship and during its communications with Diamond, the Office voluntarily provided its fax number to Diamond and consented to receiving faxes by providing its express invitation or permission to Diamond, including to receive faxes like the one attached as Exhibit A.

5. There are multiple people at the Office that communicate with Diamond Respiratory Care, Inc., in addition to myself.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 30, 2021.

_____
Katherine Castillo

# Exhibit A


**DIAMOND**

# HAND SANITIZER NOW IN STOCK

We've received a small shipment of hand sanitizer that is now available for sale on our website.



- **80% Alcohol**
- **200ml bottles**
- **Liquid hand sanitizer**
- **Available is cases of  6, 12, and 48**
- **Can be sprayed on surfaces too**\*

As you may know, Diamond created a PPE co-op to help fellow home care facilities and physician's offices obtain the items they need to re-open their offices.

Learn more on our website.

# www.diamondrx.com

**(800) 977-3002**

\* Sprayer not included