Paul A. Grammatico (SBN 246380)
pgrammatico@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
333 S. Grand Avenue, Suite 2225
Los Angeles, CA 90071
Telephone: (213) 493-3980
Facsimile: (404) 400-7333

*Counsel for Defendant,*
*Diamond Respiratory Care, Inc.*

(Counsel continued on following page)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KATZ CHIROPRACTIC, INC., a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>DIAMOND RESPIRATORY CARE, INC., a California Corporation<br><br>Defendant. | Case No. 3:20-cv-04108-CRB<br><br>**DECLARATION OF BARRY CLARK**<br><br>Complaint Filed: June 22, 2020<br><br>Honorable Charles R. Breyer |

1 Ryan D. Watstein (*Pro Hac Vice* to be filed)
  rwatstein@kcozlaw.com
2 KABAT CHAPMAN & OZMER LLP
3 171 17th Street NW, Suite 1550
  Atlanta, GA 30363
4 Telephone: (404) 400-7300
5 Facsimile: (404) 400-7333

6 *Counsel for Defendant*

# DECLARATION OF BARRY CLARK

Pursuant to 28 U.S. Code § 1746, the undersigned, Barry Clark, says that:

1. My name is Barry Clark. I am over the age of 18 years and competent to give this Declaration.

2. I am the owner of Duck Dive Communications, LLC, doing business as jBlast.

3. jBlast previously responded to a subpoena in this matter on or about May 14, 2021. At that time, jBlast provided all the records and information in its possession related to its former customer, Diamond Respiratory Care, Inc. ("Diamond").

4. I have reviewed the Complaint in this action and, based on that review, I am aware that Plaintiff alleges that Diamond sent Plaintiff a fax pertaining to hand sanitizer ("Hand Sanitizer Fax").

5. jBlast has no additional records or information in its possession regarding the Hand Sanitizer Fax or to whom it was sent to.

6. jBlast has no records or information in its possession regarding whether the alleged recipients of the Hand Sanitizer Fax received the fax on a traditional fax machine or a via an internet-based "virtual fax" service. jBlast has no way of ascertaining such records or information.

7. I am aware that the document attached to this Declaration as Exhibit A was produced by Diamond in this case. This document is a "job summary report" of a fax that was sent using jBlast's proprietary fax system. It identifies a "List Count" of 2693 numbers, 1055 "Removed" numbers, and 245 "Failed" numbers.

8. "List Count" means the number of fax numbers on the list provided to jBlast with the job order.

9. "Removed" means the number of fax numbers removed prior to transmission.

10. "Failed" means the number of faxes that the JBlast proprietary fax system indicated were not successfully sent.

11.   JBlast has no way of determining whether any of the remainder of the faxes—the ones that were not "Removed" or "Failed"—were delivered, received, or viewed by the recipients. Further, jBlast has no record or information regarding what the content of the faxes referenced in this exhibit were. jBlast has no way of ascertaining such records or information.

12.   With regard to job summary reports, like Exhibit A, jBlast has no records or information pertaining to which numbers the fax was sent to, which numbers were removed, and which numbers the fax failed to be sent to. jBlast has no way of ascertaining such records or information.

13.   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___October 6___, 2021.

_____
Barry Clark

# Exhibit A

**Karen Diehl**

| | |
|---|---|
| **From:** | jBlast Reports <reports@jblast.com> |
| **Sent:** | Wednesday, May 6, 2020 2:37 PM |
| **To:** | crice@diamondrx.com |
| **Subject:** | jBlast Fax Report (BGX-23425116) |



Customer Care
(866) 240-3865

## Broadcast Fax
## Job Summary Report
Report Generation Date and Time: 5/6/2020 6:37 PM UTC

| | |
|---:|:---|
| **Account** | ACCT-05039393 (Diamond Respiratory Care) |
| **Product** | Broadcast Fax |
| **Job Number** | BGX-23425116 |
| **Job Name** | hha pt - hha_pt_rehab.csv |
| **List Count** | 2693 |
| **Job Complete (UTC)** | 5/6/2020 6:34 PM |
| **Removed*** | 1055 |
| **Sent** | 1393 |
| **Failed** | 245 |
| **Document Page Count** | 1 |

\* Removed contains numbers in removal list(s) and can contain invalid numbers and duplicate numbers.

Download your Fax Job Exception Report here.

## Thank You for Choosing jBlast!

© 2020 jBlast. All Rights Reserved          Terms and Conditions                                                      Login

1

(866) 240-3865   |   support@jblast.com

2