Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeffrey Katz Chiropractic, Inc., a California corproation, et al.,<br><br>     Plaintiff(s),<br><br>     v.<br><br>Diamond Respiratory Care, Inc., a California corporation,<br><br>     Defendant(s). | Case No: 3:20-cv-04108<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

   I, Ryan D. Watstein, an active member in good standing of the bar of Georgia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Diamond Respiratory Care, Inc. in the above-entitled action. My local co-counsel in this case is Paul A. Grammatico, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>171 17th Street, NW, Suite 1550<br>Atlanta, GA 30363 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>333 S. Grand Avenue, Suite 2225<br>Los Angeles, CA 90071 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(404) 400-7300 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(213) 493-3980 |
| MY EMAIL ADDRESS OF RECORD:<br>rwatstein@kcozlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>pgrammatico@kcozlaw.com |

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 266019.

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct*.

   Dated: 11/01/21

Ryan D. Watstein<br>APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

   IT IS HEREBY ORDERED THAT the application of Ryan D. Watstein is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

   Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                                  *October 2012*



## Supreme Court
## State of Georgia
STATE JUDICIAL BUILDING
Atlanta 30334

May 18, 2021

I hereby certify Ryan David Watstein, Esq., was admitted on the 2nd day of June, 2015, as a member of the bar of the Supreme Court of Georgia, the highest court of the State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court, hereto affixed the day and year first above written.



_____, Clerk