# Group Exhibit B

Paul A. Grammatico (SBN 246380)
pgrammatico@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
333 S. Grand Avenue, Suite 2225
Los Angeles, CA 90071
Telephone: (213) 493-3980
Facsimile: (404) 400-7333

*Counsel for Defendant*

(Counsel continued on following page)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY KATZ CHIROPRACTIC, INC., a California corporation, individually and on behalf of all others similarly situated | Case No.  3:20-cv-04108-CRB |
| | **DECLARATION OF ENA N. IBARRA** |
| Plaintiff, | |
| vs. | Complaint Filed: June 22, 2020 |
| DIAMOND RESPIRATORY CARE, INC., a California Corporation | Honorable Charles R. Breyer |
| Defendant. | |

Ryan D. Watstein (*Pro Hac Vice* to be filed)
rwatstein@kcozlaw.com
Daniel H. Gaynor (*Pro Hac Vice* to be filed)
dgaynor@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
171 17th Street NW, Suite 1550
Atlanta, GA 30363
Telephone: (404) 400-7300
Facsimile: (404) 400-7333

*Counsel for Defendant*

### DECLARATION OF ENA N. IBARRA

Pursuant to 28 U.S. Code § 1746, the undersigned, Ena N. Ibarra, says that:

1.     My name is Ena N. Ibarra.  I am over the age of 18 years and competent to give this Declaration.

2.     I work for Primrose Home Health, Inc. (the "Company").  My current title is Case Manager.  As part of my job function, I am familiar with the Company's communications systems as well as communications and correspondence that the Company receives from third parties.

3.     The Company does business with Diamond Respiratory Care, Inc.  In the context of this business relationship, the Company voluntarily provided its fax number to Diamond and has consented to receive faxes, including faxes like the one attached as "Exhibit A", from Diamond.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 02 , 2021, in Burbank, California.

Ena N. Ibarra

# Exhibit A



**DIAMOND**

# HAND SANITIZER NOW IN STOCK

We've received a small shipment of hand sanitizer that is now available for sale on our website.



- **80% Alcohol**
- **200ml bottles**
- **Liquid hand sanitizer**
- **Available is cases of  6, 12, and 48**
- **Can be sprayed on surfaces too***

As you may know, Diamond created a PPE co-op to help fellow home care facilities and physician's offices obtain the items they need to re-open their offices.

Learn more on our website.

# www.diamondrx.com

**(800) 977-3002**

* Sprayer not included

1  Paul A. Grammatico (SBN 246380)
2  pgrammatico@kcozlaw.com
   KABAT CHAPMAN & OZMER LLP
3  333 S. Grand Avenue, Suite 2225
   Los Angeles, CA 90071
4  Telephone: (213) 493-3980
5  Facsimile: (404) 400-7333

6  *Counsel for Defendant*

7
   (Counsel continued on following page)
8

9              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
10

11  JEFFREY KATZ CHIROPRACTIC,          Case No.  3:20-cv-04108-CRB
    INC., a California corporation,
12  individually and on behalf of all others   **DECLARATION OF ADRIEN**
    similarly situated                   **RANCES**
13

14              Plaintiff,               Complaint Filed: June 22, 2020
15         vs.
                                         Honorable Charles R. Breyer
16  DIAMOND RESPIRATORY CARE,
17  INC., a California Corporation

18              Defendant.
19
20
21
22
23
24
25
26
27
28

1  Ryan D. Watstein (*Pro Hac Vice* to be filed)
2  rwatstein@kcozlaw.com
   Daniel H. Gaynor (*Pro Hac Vice* to be filed)
3  dgaynor@kcozlaw.com
   KABAT CHAPMAN & OZMER LLP
4  171 17th Street NW, Suite 1550
5  Atlanta, GA 30363
   Telephone: (404) 400-7300
6  Facsimile: (404) 400-7333

7
   *Counsel for Defendant*
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF ADRIEN RANCES

Pursuant to 28 U.S. Code § 1746, the undersigned, Adrien Rances, says that:

1. My name is Adrien Rances. I am over the age of 18 years and competent to give this Declaration.

2. I work for Suncrest Home Health Services (the "Company") and have done so for approximately four years. My current title is Case Manager. As part of my job function, I am familiar with the Company's communications systems as well as communications and correspondence that the Company receives from third parties.

3. The Company has done business with Diamond Respiratory Care, Inc. for several years. In the context of this business relationship, the Company voluntarily provided its fax number to Diamond and has consented to receive faxes, including faxes like the one attached as "Exhibit A", from Diamond.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ~~April 16,~~ 2021, in Chino, California.
May 5, 2021

Adrien Rances

# Exhibit A



# DIAMOND

# HAND SANITIZER NOW IN STOCK

We've received a small shipment of hand sanitizer that is now available for sale on our website.



- **80% Alcohol**
- **200ml bottles**
- **Liquid hand sanitizer**
- **Available is cases of  6, 12, and 48**
- **Can be sprayed on surfaces too***

As you may know, Diamond created a PPE co-op to help fellow home care facilities and physician's offices obtain the items they need to re-open their offices.

Learn more on our website.

# www.diamondrx.com

**(800) 977-3002**

* Sprayer not included

1  Paul A. Grammatico (SBN 246380)
   pgrammatico@kcozlaw.com
2  KABAT CHAPMAN & OZMER LLP
3  333 S. Grand Avenue, Suite 2225
   Los Angeles, CA 90071
4  Telephone: (213) 493-3980
5  Facsimile: (404) 400-7333

6  *Counsel for Defendant*

7
   (Counsel continued on following page)
8

9          **UNITED STATES DISTRICT COURT**
           **NORTHERN DISTRICT OF CALIFORNIA**
10

11 JEFFREY KATZ CHIROPRACTIC,            Case No.  3:20-cv-04108-CRB
   INC., a California corporation,
12 individually and on behalf of all others   **DECLARATION OF LIANNA**
   similarly situated                    **MEDINA**
13

14         Plaintiff,                     Complaint Filed: June 22, 2020

15    vs.
                                          Honorable Charles R. Breyer
16 DIAMOND RESPIRATORY CARE,
   INC., a California Corporation
17

18         Defendant.

19

20

21

22

23

24

25

26

27

28



1  Ryan D. Watstein (*Pro Hac Vice* to be filed)
2  rwatstein@kcozlaw.com
   KABAT CHAPMAN & OZMER LLP
3  171 17th Street NW, Suite 1550
4  Atlanta, GA 30363
   Telephone: (404) 400-7300
5  Facsimile: (404) 400-7333
6
7  *Counsel for Defendant*
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   **DECLARATION OF LIANNA MEDINA**

2      Pursuant to 28 U.S. Code § 1746, the undersigned, Lianna Medina, says that:

3      1.     My name is Lianna Medina.  I am over the age of 18 years and

4   competent to give this Declaration.

5      2.     I work for the office of Dr. Dong Kim, MD (the "Company") and have

6   done so for approximately two years.  My current title is Medical Assistant.  As part

7   of my job function, I am familiar with the Company's communications systems as

8   well as communications and correspondence that the Company receives from third

9   parties.

10     3.     The Office has done business with Diamond Respiratory Care, Inc. for

11  multiple years.  In the context of this business relationship, the Company voluntarily

12  provided its fax number to Diamond and has consented to receive faxes, including

13  faxes like the one attached as "Exhibit A", from Diamond.

14     I declare under penalty of perjury under the laws of the United States of

15  America that the foregoing is true and correct.

16     Executed on June ___, 2021, in Los Angeles, California.

17

18     *Lianna Medina*

19          Lianna Medina

# Exhibit A

 **DIAMOND**

# HAND SANITIZER NOW IN STOCK

We've received a small shipment of hand sanitizer that is now available for sale on our website.



- **80% Alcohol**
- **200ml bottles**
- **Liquid hand sanitizer**
- **Available is cases of 6, 12, and 48**
- **Can be sprayed on surfaces too**\*

As you may know, Diamond created a PPE co-op to help fellow home care facilities and physician's offices obtain the items they need to re-open their offices.

Learn more on our website.

# www.diamondrx.com

### (800) 977-3002

\* Sprayer not included

1    Paul A. Grammatico (SBN 246380)
     pgrammatico@kcozlaw.com
2    KABAT CHAPMAN & OZMER LLP
3    333 S. Grand Avenue, Suite 2225
     Los Angeles, CA 90071
4    Telephone: (213) 493-3980
5    Facsimile: (404) 400-7333

6    *Counsel for Defendant,*
7    *Diamond Respiratory Care, Inc.*

8    (Counsel continued on following page)

9

10                  **UNITED STATES DISTRICT COURT**
                   **NORTHERN DISTRICT OF CALIFORNIA**

11   JEFFREY KATZ CHIROPRACTIC,          Case No. 3:20-cv-04108-CRB
12   INC., a California corporation,
     individually and on behalf of all others    **DECLARATION OF IVON**
13   similarly situated                           **RODRIGUEZ**

14
                     Plaintiff,          Complaint Filed: June 22, 2020
15
           vs.
16                                       Honorable Charles R. Breyer

17   DIAMOND RESPIRATORY CARE,
     INC., a California Corporation
18
                     Defendant.
19

20

21

22

23

24

25

26

27

28

Ryan D. Watstein (*Pro Hac Vice* to be filed)
rwatstein@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
171 17th Street NW, Suite 1550
Atlanta, GA 30363
Telephone: (404) 400-7300
Facsimile: (404) 400-7333

*Counsel for Defendant*

1  **DECLARATION OF IVON RODRIGUEZ**

2      Pursuant to 28 U.S. Code § 1746, the undersigned, Ivon Rodriguez, says that:

3      1.    My name is Ivon Rodriguez. I am over the age of 18 years and

4  competent to give this Declaration.

5      2.    I work for the office of Dr. Amer Jandali, MD (the "Office") and have

6  done so for approximately 13 years. My current title is Medical Assistant. As part of

7  my job function, I am familiar with the Office's communications systems as well as

8  communications and correspondence that the Office receives from third parties.

9      3.    The Office has done business with Diamond Respiratory Care, Inc. for

10  over 13 years. In the context of this business relationship, the Office voluntarily

11  provided its fax number to Diamond and has consented to receive faxes, including

12  faxes like the one attached as "Exhibit A", from Diamond.

13      I declare under penalty of perjury under the laws of the United States of

14  America that the foregoing is true and correct.

15      Executed on June ___, 2021, in Los Angeles, California.

16

17

18                        Ivon Rodriguez

19

20

21

22

23

24

25

26

27

28

# Exhibit A



# **DIAMOND**

# HAND SANITIZER NOW IN STOCK

We've received a small shipment of hand sanitizer that is now available for sale on our website.



- **80% Alcohol**
- **200ml bottles**
- **Liquid hand sanitizer**
- **Available is cases of  6, 12, and 48**
- **Can be sprayed on surfaces too***

As you may know, Diamond created a PPE co-op to help fellow home care facilities and physician's offices obtain the items they need to re-open their offices.

Learn more on our website.

# **www.diamondrx.com**

### **(800) 977-3002**

\* Sprayer not included

1   Paul A. Grammatico (SBN 246380)
2   pgrammatico@kcozlaw.com
    KABAT CHAPMAN & OZMER LLP
3   333 S. Grand Avenue, Suite 2225
    Los Angeles, CA 90071
4   Telephone: (213) 493-3980
5   Facsimile: (404) 400-7333

6
    *Counsel for Defendant,*
7   *Diamond Respiratory Care, Inc.*

8   (Counsel continued on following page)

9

10              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**

11  JEFFREY KATZ CHIROPRACTIC,          Case No.  3:20-cv-04108-CRB
12  INC., a California corporation,
    individually and on behalf of all others   **DECLARATION OF MARIA**
13  similarly situated,                 **TERESA POLITICO**

14          Plaintiff,                   Complaint Filed: June 22, 2020
15      vs.
16                                       Honorable Charles R. Breyer
    DIAMOND RESPIRATORY CARE,
17  INC., a California Corporation

18
            Defendant.
19

20

21

22

23

24

25

26

27

28

1    Ryan D. Watstein (*Pro Hac Vice* to be filed)
2    rwatstein@kcozlaw.com
     KABAT CHAPMAN & OZMER LLP
3    171 17th Street NW, Suite 1550
     Atlanta, GA 30363
4    Telephone: (404) 400-7300
5    Facsimile: (404) 400-7333

6    *Counsel for Defendant*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF MARIA TERESA POLITICO

Pursuant to 28 U.S. Code § 1746, the undersigned, Maria Teresa Politico, says that:

1.     My name is Maria Teresa Politico.  I am over the age of 18 years and competent to give this Declaration.

2.     I work for ERA Home Health (the "Company") and have done so for over 25 years.  My current title is Director of Professional Services.  As part of my job function, I am familiar with the Company's communications systems as well as communications and correspondence that the Company receives from third parties.

3.     The Company has done business with Diamond Respiratory Care, Inc. since approximately December of 2019.  In the context of this business relationship, the Company voluntarily provided its fax number to Diamond and has consented to receive faxes, including faxes like the one attached as "Exhibit A", from Diamond.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ____July 1____, 2021.

_____
Maria Teresa Politico

# Exhibit A



# **DIAMOND**

# **HAND SANITIZER NOW IN STOCK**

We've received a small shipment of hand sanitizer that is now avail-
able for sale on our website.



- **80% Alcohol**
- **200ml bottles**
- **Liquid hand sanitizer**
- **Available is cases of  6, 12, and 48**
- **Can be sprayed on surfaces too**\*

As you may know, Diamond created a PPE co-op to help fellow home care facilities and physi-
cian's offices obtain the items they need to re-open their offices.

Learn more on our website.

# **www.diamondrx.com**

## **(800) 977-3002**

\* Sprayer not included

Paul A. Grammatico (SBN 246380)
pgrammatico@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
333 S. Grand Avenue, Suite 2225
Los Angeles, CA 90071
Telephone: (213) 493-3980
Facsimile: (404) 400-7333

*Counsel for Defendant,*
*Diamond Respiratory Care, Inc.*

(Counsel continued on following page)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KATZ CHIROPRACTIC, INC., a California corporation, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  vs.<br><br>DIAMOND RESPIRATORY CARE, INC., a California Corporation<br><br>       Defendant. | Case No.  3:20-cv-04108-CRB<br><br>**DECLARATION OF JODI STADLER**<br><br>Complaint Filed: June 22, 2020<br><br>Honorable Charles R. Breyer |

Ryan D. Watstein (*Pro Hac Vice* to be filed)
rwatstein@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
171 17th Street NW, Suite 1550
Atlanta, GA 30363
Telephone: (404) 400-7300
Facsimile: (404) 400-7333

*Counsel for Defendant*

## DECLARATION OF JODI STADLER

Pursuant to 28 U.S. Code § 1746, the undersigned, Jodi Stadler, says that:

1.    My name is Jodi Stadler.  I am over the age of 18 years and competent to give this Declaration.

2.    I work for Asistencia Villa Rehabilitation and Care Center (the "Company") since 2012.  My current title is Case Manager, a position I have held for the last five years.  As part of my job function, I am familiar with the Company's communications systems as well as communications and correspondence that the Company receives from third parties.

3.    The Company has done business with Diamond Respiratory Care, Inc. for multiple years.  In the context of this business relationship, the Company voluntarily provided its fax number to Diamond and has consented to receive faxes, including faxes like the one attached as "Exhibit A", from Diamond.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 29th, 2021.

Jodi Stadler

# Exhibit A



**DIAMOND**

# HAND SANITIZER NOW IN STOCK

We've received a small shipment of hand sanitizer that is now available for sale on our website.



- **80% Alcohol**
- **200ml bottles**
- **Liquid hand sanitizer**
- **Available is cases of  6, 12, and 48**
- **Can be sprayed on surfaces too\***

As you may know, Diamond created a PPE co-op to help fellow home care facilities and physician's offices obtain the items they need to re-open their offices.

Learn more on our website.

# www.diamondrx.com

**(800) 977-3002**

\* Sprayer not included

1  Paul A. Grammatico (SBN 246380)
2  pgrammatico@kcozlaw.com
   KABAT CHAPMAN & OZMER LLP
3  333 S. Grand Avenue, Suite 2225
   Los Angeles, CA 90071
4  Telephone: (213) 493-3980
5  Facsimile: (404) 400-7333

6  *Counsel for Defendant,*
7  *Diamond Respiratory Care, Inc.*

8  (Counsel continued on following page)

9

10             **UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**

11  JEFFREY KATZ CHIROPRACTIC,          Case No.  3:20-cv-04108-CRB
12  INC., a California corporation,
    individually and on behalf of all others   **DECLARATION OF MAYRA**
13  similarly situated,                  **RAMOS**
14
                Plaintiff,               Complaint Filed: June 22, 2020
15
         vs.
16                                       Honorable Charles R. Breyer
17  DIAMOND RESPIRATORY CARE,
    INC., a California Corporation
18
                Defendant.
19
20
21
22
23
24
25
26
27
28

1  Ryan D. Watstein (*Pro Hac Vice* to be filed)
2  rwatstein@kcozlaw.com
   KABAT CHAPMAN & OZMER LLP
3  171 17th Street NW, Suite 1550
   Atlanta, GA 30363
4  Telephone: (404) 400-7300
5  Facsimile: (404) 400-7333

6  *Counsel for Defendant*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1          **DECLARATION OF MAYRA RAMOS**

2          Pursuant to 28 U.S. Code § 1746, the undersigned, Mayra Ramos, says that:

3          1.      My name is Mayra Ramos.  I am over the age of 18 years and competent

4     to give this Declaration.

5          2.      I work for the office of Dr. Luther Mangoba, MD (the "Office") and have

6     done so for approximately two years.  My current title is Medical Assistant.  As part of

7     my job function, I am familiar with the Office's communications systems as well as

8     communications and correspondence that the Office receives from third parties.

9          3.      The Office has done business with Diamond Respiratory Care, Inc. for

10    multiple years.  In the context of this business relationship, the Office voluntarily

11    provided its fax number to Diamond and has consented to receive faxes, including faxes

12    like the one attached as "Exhibit A", from Diamond.

13         I declare under penalty of perjury under the laws of the United States of

14    America that the foregoing is true and correct.

15

16    Executed on ___6 / 29___ , 2021.

17

18

19                                        Mayra Ramos

20

21

22

23

24

25

26

27

28

# Exhibit A



# HAND SANITIZER NOW IN STOCK

We've received a small shipment of hand sanitizer that is now available for sale on our website.



- **80% Alcohol**
- **200ml bottles**
- **Liquid hand sanitizer**
- **Available is cases of  6, 12, and 48**
- **Can be sprayed on surfaces too\***

As you may know, Diamond created a PPE co-op to help fellow home care facilities and physician's offices obtain the items they need to re-open their offices.

Learn more on our website.

# www.diamondrx.com

**(800) 977-3002**

\* Sprayer not included

1   Paul A. Grammatico (SBN 246380)
    pgrammatico@kcozlaw.com
2   KABAT CHAPMAN & OZMER LLP
3   333 S. Grand Avenue, Suite 2225
    Los Angeles, CA 90071
4   Telephone: (213) 493-3980
5   Facsimile: (404) 400-7333

6   *Counsel for Defendant*

7   (Counsel continued on following page)
8

9              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
10

11  JEFFREY KATZ CHIROPRACTIC,            Case No. 3:20-cv-04108-CRB
    INC., a California corporation,
12  individually and on behalf of all others   **DECLARATION OF LAURA**
    similarly situated                    **AVILA**
13

14              Plaintiff,                Complaint Filed: June 22, 2020

15         vs.                            Honorable Charles R. Breyer

16  DIAMOND RESPIRATORY CARE,
    INC., a California Corporation
17

18              Defendant.

19

20

21

22

23

24

25

26

27

28

1 Ryan D. Watstein (*Pro Hac Vice* to be filed)
  rwatstein@kcozlaw.com
2 Daniel H. Gaynor (*Pro Hac Vice* to be filed)
3 dgaynor@kcozlaw.com
  KABAT CHAPMAN & OZMER LLP
4 171 17th Street NW, Suite 1550
5 Atlanta, GA 30363
  Telephone: (404) 400-7300
6 Facsimile: (404) 400-7333

7

8 *Counsel for Defendant*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF LAURA AVILA

Pursuant to 28 U.S. Code § 1746, the undersigned, Laura Avila, says that:

1.  My name is Laura Avila.  I am over the age of 18 years and competent to give this Declaration.

2.  I work for the office of Dr. Jack Cochran, M.D. (the "Office") and have done so since approximately 2008.  My current title is Office Manager.  As part of my job function, I am familiar with the Office's communications systems as well as communications and correspondence that the Office receives from third parties.

3.  The Office has done business with Diamond Respiratory Care, Inc. for many years.  In the context of this business relationship, the Office voluntarily provided its fax number to Diamond and has consented to receive faxes, including faxes like the one attached as "Exhibit A," from Diamond.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April ___, 2021, in Corona, California.

Laura Avila

# Exhibit A



# HAND SANITIZER NOW IN STOCK

We've received a small shipment of hand sanitizer that is now available for sale on our website.



- **80% Alcohol**
- **200ml bottles**
- **Liquid hand sanitizer**
- **Available is cases of  6, 12, and 48**
- **Can be sprayed on surfaces too***

As you may know, Diamond created a PPE co-op to help fellow home care facilities and physician's offices obtain the items they need to re-open their offices.

Learn more on our website.

# www.diamondrx.com

## (800) 977-3002

\* Sprayer not included

1  Paul A. Grammatico (SBN 246380)
2  pgrammatico@kcozlaw.com
   KABAT CHAPMAN & OZMER LLP
3  333 S. Grand Avenue, Suite 2225
   Los Angeles, CA 90071
4  Telephone: (213) 493-3980
5  Facsimile: (404) 400-7333

6  *Counsel for Defendant,*
7  *Diamond Respiratory Care, Inc.*

8  (Counsel continued on following page)
9
10          **UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**
11
   JEFFREY KATZ CHIROPRACTIC,           Case No.  3:20-cv-04108-CRB
12 INC., a California corporation,
   individually and on behalf of all others   **DECLARATION OF ROSE**
13 similarly situated,                    **BRICENO**
14
                Plaintiff,               Complaint Filed: June 22, 2020
15      vs.
16                                       Honorable Charles R. Breyer
   DIAMOND RESPIRATORY CARE,
17 INC., a California Corporation
18
                Defendant.
19
20
21
22
23
24
25
26
27
28

1   Ryan D. Watstein (*Pro Hac Vice* to be filed)
    rwatstein@kcozlaw.com
2   KABAT CHAPMAN & OZMER LLP
3   171 17th Street NW, Suite 1550
    Atlanta, GA 30363
4   Telephone: (404) 400-7300
    Facsimile: (404) 400-7333
5
6   *Counsel for Defendant*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

## <u>DECLARATION OF ROSE BRICENO</u>

2       Pursuant to 28 U.S. Code § 1746, the undersigned, Rose Briceno, says that:

3       1.   My name is Rose Briceno. I am over the age of 18 years and competent

4   to give this Declaration.

5       2.   I work for Valley Comprehensive Medical (the "Company") and have

6   done so for approximately 23 years. My current title is Office Manager. As part of my

7   job function, I am familiar with the Company's communications systems as well as

8   communications and correspondence that the Company receives from third parties.

9       3.   The Company uses both a traditional fax machine and a "virtual fax"

10  service. With regard to the "virtual fax" service, any transmissions are received via an

11  internet-connected computer. Such transmissions are received over the Company's

12  high-speed internet service, not over a telephone line.

13      4.   The Company has done business with Diamond Respiratory Care, Inc. for

14  multiple years. In the context of this business relationship, the Company voluntarily

15  provided its fax number to Diamond and has consented to receive faxes, including faxes

16  like the one attached as "Exhibit A", from Diamond.

17      I declare under penalty of perjury under the laws of the United States of

18  America that the foregoing is true and correct.

19

20      Executed on <u>June 25</u>, 2021.

21

22                          <u>Rose Briceno</u>

23                          Rose Briceno

24

25

26

27

28

# Exhibit A

 **DIAMOND**

# HAND SANITIZER NOW IN STOCK

We've received a small shipment of hand sanitizer that is now available for sale on our website.



- **80% Alcohol**
- **200ml bottles**
- **Liquid hand sanitizer**
- **Available is cases of  6, 12, and 48**
- **Can be sprayed on surfaces too\***

As you may know, Diamond created a PPE co-op to help fellow home care facilities and physician's offices obtain the items they need to re-open their offices.

Learn more on our website.

# www.diamondrx.com

**(800) 977-3002**

\* Sprayer not included