# Group Exhibit C

1  Paul A. Grammatico (SBN 246380)
2  pgrammatico@kcozlaw.com
   KABAT CHAPMAN & OZMER LLP
3  333 S. Grand Avenue, Suite 2225
   Los Angeles, CA 90071
4  Telephone: (213) 493-3980
5  Facsimile: (404) 400-7333

6  *Counsel for Defendant,*
7  *Diamond Respiratory Care, Inc.*

8  (Counsel continued on following page)
9

10              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**

11  JEFFREY KATZ CHIROPRACTIC,            Case No.  3:20-cv-04108-CRB
12  INC., a California corporation,
    individually and on behalf of all others   **DECLARATION OF ANGELINA**
13  similarly situated,                   **OCAMPO-CRUZ**
14
                 Plaintiff,               Complaint Filed: June 22, 2020
15         vs.
16                                        Honorable Charles R. Breyer
    DIAMOND RESPIRATORY CARE,
17  INC., a California Corporation
18
                 Defendant.
19
20
21
22
23
24
25
26
27
28

1  Ryan D. Watstein (*Pro Hac Vice* to be filed)
2  rwatstein@kcozlaw.com
   KABAT CHAPMAN & OZMER LLP
3  171 17th Street NW, Suite 1550
   Atlanta, GA 30363
4  Telephone: (404) 400-7300
5  Facsimile: (404) 400-7333

6  *Counsel for Defendant*

# DECLARATION OF ANGELINA OCAMPO-CRUZ

Pursuant to 28 U.S. Code § 1746, the undersigned, Angelina Ocampo-Cruz says that:

1.     My name is Angelina Ocampo-Cruz. I am over the age of 18 years and competent to give this Declaration.

2.     I work for Blessed Health Care (the "Office"). My current title is Office Manager/Human Resources Director, and I have held this position since approximately April of 2009. As part of my job function, I am familiar with the Office's communications systems as well as communications and correspondence that the Office receives from third parties.

3.     I do not recall whether the Office received the fax attached here as Exhibit A regarding hand sanitizer.

4.     The Office has done business with Diamond Respiratory Care, Inc. for approximately 1 year. In the context of this business relationship and during its communications with Diamond, the Office voluntarily provided its fax number to Diamond and consented to receiving faxes by providing its express invitation or permission to Diamond, including to receive faxes like the one attached as Exhibit A.

5.     There are multiple people at the Office that communicate with Diamond Respiratory Care, Inc., in addition to myself.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 30, 2021.

_____
Angelina Ocampo-Cruz

# Exhibit A

 **DIAMOND**

# HAND SANITIZER NOW IN STOCK

We've received a small shipment of hand sanitizer that is now available for sale on our website.



- **80% Alcohol**
- **200ml bottles**
- **Liquid hand sanitizer**
- **Available is cases of  6, 12, and 48**
- **Can be sprayed on surfaces too***

As you may know, Diamond created a PPE co-op to help fellow home care facilities and physician's offices obtain the items they need to re-open their offices.

Learn more on our website.

# www.diamondrx.com

**(800) 977-3002**

\* Sprayer not included

Paul A. Grammatico (SBN 246380)
pgrammatico@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
333 S. Grand Avenue, Suite 2225
Los Angeles, CA 90071
Telephone: (213) 493-3980
Facsimile: (404) 400-7333

*Counsel for Defendant,*
*Diamond Respiratory Care, Inc.*

(Counsel continued on following page)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KATZ CHIROPRACTIC, INC., a California corporation, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>DIAMOND RESPIRATORY CARE, INC., a California Corporation<br><br>        Defendant. | Case No.  3:20-cv-04108-CRB<br><br>**DECLARATION OF MICHELLE CASTELLANOS**<br><br>Complaint Filed: June 22, 2020<br><br>Honorable Charles R. Breyer |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Ryan D. Watstein (*Pro Hac Vice* to be filed)
rwatstein@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
171 17th Street NW, Suite 1550
Atlanta, GA 30363
Telephone: (404) 400-7300
Facsimile: (404) 400-7333

*Counsel for Defendant*

**<u>DECLARATION OF MICHELLE CASTELLANOS</u>**

Pursuant to 28 U.S. Code § 1746, the undersigned, Michelle Castellanos, says that:

1.    My name is Michelle Castellanos.  I am over the age of 18 years and competent to give this Declaration.

2.    I work for Beacon Health Care (the "Office") and have done so for approximately 3 years.  My current title is Social Worker. As part of my job function, I am familiar with the Office's communications systems as well as communications and correspondence that the Office receives from third parties.

3.    I do not recall whether the Office received the fax attached here as Exhibit A regarding hand sanitizer.

4.    The Office has done business with Diamond Respiratory Care, Inc. for approximately 3 years.  In the context of this business relationship and during its communications with Diamond, the Office voluntarily provided its fax number to Diamond and consented to receiving faxes by providing its express invitation or permission to Diamond, including to receive faxes like the one attached as Exhibit A.

5.    There are multiple people at the Office that communicate with Diamond Respiratory Care, Inc., in addition to myself.

6.    The Company uses both a physical fax machine and an internet-based "virtual fax" service; however, its standard practice is to use a "virtual fax" service. With this "virtual fax" service, the Company receives viewed "fax" transmissions via an internet-connected computer.   Such transmissions are received over the Company's high-speed internet service, not over a telephone line.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on September 30, 2021.

1   Michelle Castellanos

2   Michelle Castellanos

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A



**DIAMOND**

# HAND SANITIZER NOW IN STOCK

We've received a small shipment of hand sanitizer that is now available for sale on our website.



- **80% Alcohol**
- **200ml bottles**
- **Liquid hand sanitizer**
- **Available is cases of  6, 12, and 48**
- **Can be sprayed on surfaces too***

As you may know, Diamond created a PPE co-op to help fellow home care facilities and physician's offices obtain the items they need to re-open their offices.

Learn more on our website.

# www.diamondrx.com

**(800) 977-3002**

\* Sprayer not included

1  Paul A. Grammatico (SBN 246380)
2  pgrammatico@kcozlaw.com
   KABAT CHAPMAN & OZMER LLP
3  333 S. Grand Avenue, Suite 2225
   Los Angeles, CA 90071
4  Telephone: (213) 493-3980
5  Facsimile: (404) 400-7333

6  *Counsel for Defendant,*
7  *Diamond Respiratory Care, Inc.*

8  (Counsel continued on following page)
9

## UNITED STATES DISTRICT COURT
10
## NORTHERN DISTRICT OF CALIFORNIA

11  JEFFREY KATZ CHIROPRACTIC,      Case No.  3:20-cv-04108-CRB
12  INC., a California corporation,
    individually and on behalf of all others  **DECLARATION OF KATHERINE**
13  similarly situated,                        **CASTILLO**
14
                                              Complaint Filed: June 22, 2020
15          Plaintiff,
        vs.
16                                            Honorable Charles R. Breyer
17  DIAMOND RESPIRATORY CARE,
    INC., a California Corporation
18
            Defendant.
19
20
21
22
23
24
25
26
27
28

1   Ryan D. Watstein (*Pro Hac Vice* to be filed)
2   rwatstein@kcozlaw.com
    KABAT CHAPMAN & OZMER LLP
3   171 17th Street NW, Suite 1550
4   Atlanta, GA 30363
    Telephone: (404) 400-7300
5   Facsimile: (404) 400-7333

6   *Counsel for Defendant*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  **DECLARATION OF KATHERINE CASTILLO**

2  Pursuant to 28 U.S. Code § 1746, the undersigned, Katherine Castillo, says

3  that:

4  1.   My name is Katherine Castillo.  I am over the age of 18 years and

5  competent to give this Declaration.

6  2.   I work for Montrose Home Health (the "Office").  My current title is

7  Intake RN, and I have held this position for approximately 8 years.  As part of my job

8  function, I am familiar with the Office's communications systems as well as

9  communications and correspondence that the Office receives from third parties.

10  3.   I do not recall whether the Office received the fax attached here as

11  Exhibit A regarding hand sanitizer.

12  4.   The Office has done business with Diamond Respiratory Care, Inc. for

13  approximately 1 year.  In the context of this business relationship and during its

14  communications with Diamond, the Office voluntarily provided its fax number to

15  Diamond and consented to receiving faxes by providing its express invitation or

16  permission to Diamond, including to receive faxes like the one attached as Exhibit A.

17  5.   There are multiple people at the Office that communicate with Diamond

18  Respiratory Care, Inc., in addition to myself.

19  I declare under penalty of perjury under the laws of the United States of

20  America that the foregoing is true and correct.

21

22  Executed on September 30, 2021.

23

24

25  Katherine Castillo

26

27

28

# Exhibit A

 **DIAMOND**

# HAND SANITIZER NOW IN STOCK

We've received a small shipment of hand sanitizer that is now available for sale on our website.



- **80% Alcohol**
- **200ml bottles**
- **Liquid hand sanitizer**
- **Available is cases of  6, 12, and 48**
- **Can be sprayed on surfaces too***

As you may know, Diamond created a PPE co-op to help fellow home care facilities and physician's offices obtain the items they need to re-open their offices.

Learn more on our website.

# www.diamondrx.com

**(800) 977-3002**

\* Sprayer not included

1  Paul A. Grammatico (SBN 246380)
2  pgrammatico@kcozlaw.com
   KABAT CHAPMAN & OZMER LLP
3  333 S. Grand Avenue, Suite 2225
   Los Angeles, CA 90071
4  Telephone: (213) 493-3980
   Facsimile: (404) 400-7333
5

6  *Counsel for Defendant,*
7  *Diamond Respiratory Care, Inc.*

8  (Counsel continued on following page)
9

10                **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**

11  JEFFREY KATZ CHIROPRACTIC,           Case No.  3:20-cv-04108-CRB
12  INC., a California corporation,
    individually and on behalf of all others   **DECLARATION OF HOPE**
13  similarly situated,                   **QUINONEZ**
14
                    Plaintiff,            Complaint Filed: June 22, 2020
15          vs.
16                                        Honorable Charles R. Breyer
    DIAMOND RESPIRATORY CARE,
17  INC., a California Corporation
18
                    Defendant.
19
20
21
22
23
24
25
26
27
28

Ryan D. Watstein (*Pro Hac Vice* to be filed)
rwatstein@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
171 17th Street NW, Suite 1550
Atlanta, GA 30363
Telephone: (404) 400-7300
Facsimile: (404) 400-7333

*Counsel for Defendant*

1                  **DECLARATION OF HOPE QUINONEZ**

2          Pursuant to 28 U.S. Code § 1746, the undersigned, Hope Quinonez, says that:

3          1.      My name is Hope Quinonez. I am over the age of 18 years and

4 competent to give this Declaration.

5          2.      I work for the office of Dr. Joel Doughten (the "Office") and have done

6 so for at least 13 years. My current title is Medical Assistant. As part of my job

7 function, I am familiar with the Office's communications systems as well as

8 communications and correspondence that the Office receives from third parties.

9          3.      I do not recall whether the Office received the fax attached here as

10 Exhibit A regarding hand sanitizer.

11          4.      The Office has done business with Diamond Respiratory Care, Inc. for

12 the entire 13-year period I have worked at the Office. In the context of this business

13 relationship and during its communications with Diamond, the Office voluntarily

14 provided its fax number to Diamond and consented to receiving faxes by providing its

15 express invitation or permission to Diamond, including to receive faxes like the one

16 attached as Exhibit A.

17          5.      There are multiple people at the Office that communicate with Diamond

18 Respiratory Care, Inc., in addition to myself.

19          I declare under penalty of perjury under the laws of the United States of

20 America that the foregoing is true and correct.

21          Executed on September 30, 2021.

22

23                            *Hope Quinonez*

24                           Hope Quinonez

25

26

27

28

# Exhibit A

 **DIAMOND**

# HAND SANITIZER NOW IN STOCK

We've received a small shipment of hand sanitizer that is now available for sale on our website.



- **80% Alcohol**
- **200ml bottles**
- **Liquid hand sanitizer**
- **Available is cases of  6, 12, and 48**
- **Can be sprayed on surfaces too\***

As you may know, Diamond created a PPE co-op to help fellow home care facilities and physician's offices obtain the items they need to re-open their offices.

Learn more on our website.

# www.diamondrx.com

**(800) 977-3002**

\* Sprayer not included

Paul A. Grammatico (SBN 246380)
pgrammatico@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
333 S. Grand Avenue, Suite 2225
Los Angeles, CA 90071
Telephone: (213) 493-3980
Facsimile: (404) 400-7333

*Counsel for Defendant,*
*Diamond Respiratory Care, Inc.*

(Counsel continued on following page)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KATZ CHIROPRACTIC, INC., a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DIAMOND RESPIRATORY CARE, INC., a California Corporation<br><br>Defendant. | Case No.  3:20-cv-04108-CRB<br><br>**DECLARATION OF VAHAN AMBARTSUMIAN**<br><br>Complaint Filed: June 22, 2020<br><br>Honorable Charles R. Breyer |

1  Ryan D. Watstein (*Pro Hac Vice* to be filed)
2  rwatstein@kcozlaw.com
   KABAT CHAPMAN & OZMER LLP
3  171 17th Street NW, Suite 1550
4  Atlanta, GA 30363
   Telephone: (404) 400-7300
5  Facsimile: (404) 400-7333
6
7  *Counsel for Defendant*
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    **DECLARATION OF VAHAN AMBARTSUMIAN**

2    Pursuant to 28 U.S. Code § 1746, the undersigned, Vahan Ambartsumian, says

3    that:

4    1.    My name is Vahan Ambartsumian.  I am over the age of 18 years and

5    competent to give this Declaration.

6    2.    I work for Family Care Home Health (the "Office") and have done so for

7    approximately 6 months.  My current title is Intake Coordinator and Case Manager.

8    As part of my job function, I am familiar with the Office's communications systems

9    as well as communications and correspondence that the Office receives from third

10   parties.

11   3.    I do not recall whether the Office received the fax attached here as

12   Exhibit A regarding hand sanitizer.

13   4.    The Office has done business with Diamond Respiratory Care, Inc. for

14   approximately 6 months.  In the context of this business relationship and during its

15   communications with Diamond, the Office voluntarily provided its fax number to

16   Diamond and consented to receiving faxes by providing its express invitation or

17   permission to Diamond, including to receive faxes like the one attached as Exhibit A.

18   5.    There are multiple people at the Office that communicate with Diamond

19   Respiratory Care, Inc., in addition to myself.

20   6.    The Company uses an internet-based "virtual fax" service.  With this

21   "virtual fax" service, the Company receives viewed "fax" transmissions via an

22   internet-connected computer.  Such transmissions are received over the Company's

23   high-speed internet service, not over a telephone line.

24   I declare under penalty of perjury under the laws of the United States of

25   America that the foregoing is true and correct.

26   Executed on September 30, 2021.

27

28

1                                     Vahan Ambartsumian
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A

 **DIAMOND**

# HAND SANITIZER NOW IN STOCK

We've received a small shipment of hand sanitizer that is now available for sale on our website.



- **80% Alcohol**
- **200ml bottles**
- **Liquid hand sanitizer**
- **Available is cases of  6, 12, and 48**
- **Can be sprayed on surfaces too**\*

As you may know, Diamond created a PPE co-op to help fellow home care facilities and physician's offices obtain the items they need to re-open their offices.

Learn more on our website.

# www.diamondrx.com

**(800) 977-3002**

\* Sprayer not included