# Exhibit D

1 | Paul A. Grammatico (SBN 246380)
2 | pgrammatico@kcozlaw.com
  | KABAT CHAPMAN & OZMER LLP
3 | 333 S. Grand Avenue, Suite 2225
4 | Los Angeles, CA 90071
  | Telephone: (213) 493-3980
5 | Facsimile: (404) 400-7333

*Counsel for Defendant*

(Counsel continued on following page)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KATZ CHIROPRACTIC, INC., a California corporation, individually and on behalf of all others similarly situated | Case No. 3:20-cv-04108-CRB |
| | **SUPPLEMENTAL DECLARATION OF ADRIEN RANCES** |
| Plaintiff, | Complaint Filed: June 22, 2020 |
| vs. | Honorable Charles R. Breyer |
| DIAMOND RESPIRATORY CARE, INC., a California Corporation | |
| Defendant. | |

Ryan D. Watstein (*Pro Hac Vice* to be filed)
rwatstein@kcozlaw.com
Daniel H. Gaynor (*Pro Hac Vice* to be filed)
dgaynor@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
171 17th Street NW, Suite 1550
Atlanta, GA 30363
Telephone: (404) 400-7300
Facsimile: (404) 400-7333

*Counsel for Defendant*

## DECLARATION OF ADRIEN RANCES

Pursuant to 28 U.S. Code § 1746, the undersigned, Adrien Rances, says that:

1. My name is Adrien Rances. I am over the age of 18 years and competent to give this Declaration.

2. I work for Suncrest Home Health Services (the "Company") and have done so for approximately four years. My current title is Case Manager. As part of my job function, I am familiar with the Company's communications systems as well as communications and correspondence that the Company receives from third parties.

3. This declaration supplements the previous declaration I executed in this matter.

4. I was contacted by the Plaintiff's attorney in this matter, Taylor Smith, on or about September 22, 2021, and he left a voicemail for me. The voicemail does not clearly identify his firm and it left me confused as to who was calling me and why.

5. Thereafter, Mr. Smith sent me a draft declaration and asked me to sign it.

6. I did not sign it because it contained false statements—including that "I have no recollection as to how Diamond Respiratory Care, Inc. obtained our Offices' fax number."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 1, 2021, in Chino, California.

_____
Adrien Rances