# Exhibit F

Paul A. Grammatico (SBN 246380)
pgrammatico@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
333 S. Grand Avenue, Suite 2225
Los Angeles, CA 90071
Telephone: (213) 493-3980
Facsimile: (404) 400-7333

*Counsel for Defendant*

(Counsel continued on following page)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY KATZ CHIROPRACTIC, INC., a California corporation, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br>vs.<br><br>DIAMOND RESPIRATORY CARE, INC., a California Corporation<br><br>Defendant. | Case No. 3:20-cv-04108-CRB<br><br>**DEFENDANT DIAMOND RESPIRATORY CARE, INC.'S SUPPLEMENTAL INITIAL DISCLOSURES**<br><br>Complaint Filed: June 22, 2020<br><br>Honorable Charles R. Breyer |

Ryan D. Watstein (*Pro Hac Vice* to be filed)
rwatstein@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
171 17th Street NW, Suite 1550
Atlanta, GA 30363
Telephone: (404) 400-7300
Facsimile: (404) 400-7333

*Counsel for Defendant*

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant Diamond Respiratory Care, Inc. ("Diamond" or "Defendant") hereby makes the following initial disclosures. Diamond's investigation is continuing, and these disclosures are based on the information available at this time and upon Diamond's good faith assessment of the facts alleged in the pleadings. Consistent with Rule 26(e) of the Federal Rules of Civil Procedure, Diamond reserves the right to modify, amend, retract, and/or supplement these disclosures as its investigation into this matter and discovery continues. By making these disclosures, Diamond does not waive any objection to the discovery of any testimony or documents based on attorney-client privilege, joint defense privilege, the work product doctrine, or any other applicable privilege or immunity. Likewise, in making these disclosures, Diamond makes no representation or admission concerning the relevance of any documents or information.

**A. WITNESSES (FED. R. CIV. P. 26(a)(1)(A)(i)).** The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

**RESPONSE**: Diamond provides the following list of persons who may have discoverable information that Diamond may use to support its defenses. The list is based upon information available to Diamond. Diamond's investigation is ongoing, and it reserves the right to supplement the list below if and when additional individuals are identified. *Ex parte* contact with Diamond's employees is not authorized by the following disclosures. All contact with Diamond's current employees should be made through Diamond's counsel of record only.

1. A corporate representative of Jeffrey Katz Chiropractic, Inc., who may have discoverable information regarding the circumstances of the transmission allegedly received by Plaintiff.

2. A records custodian to authenticate any documents produced by Diamond.

3. Corporate witnesses from Diamond, including witnesses to testify regarding the circumstances of the communication allegedly placed to Plaintiff.

4. Diamond's sales manager, Chris Aragon, to testify regarding Diamond's sales process and the circumstances of the transmission at issue.

5. A corporate representative of jBlast to testify regarding the circumstances surrounding the transmission at issue, including their involvement and the technology used.

6. Diamond's customers who previously provided declarations regarding the circumstances of the transmission at issue, including:

a. Ena Ibarra of Primrose Home Health, Inc.;

b. Adrien Rances of Suncrest Home Health Services;

c. Lianna Medina of Dr. Dong Kim, M.D.'s office;

d. Ivon Rodriguez of Dr. Amer Jandali, M.D.'s office;

e. Maria Teresa Politico of ERA Home Health;

f. Jodi Stadler of Asistencia Villa Rehabilitation and Care Center;

g. Mayra Ramos of Dr Luther Mangoba's office;

h. Laura Avila of Dr. Jack Cochran, M.D.'s office;

i. Rose Briceno of Valley Comprehensive;

j. Angelina O'Campo-Cruz of Blessed Healthcare;

k. Michelle Castellanos of Beacon Health Care;

l. Katherine Castillo of Montrose Home Health;

m. Hope Quinonez of Dr. Joel Doughten's office; and

n. Vahan Ambartsumian of Family Care Home Health.

7. Any witnesses identified by Plaintiff.

8. Any witness revealed during discovery.

**B. <u>DOCUMENTS (FED. R. CIV. P. 26(a)(1)(A)(ii))</u>.** A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**<u>RESPONSE</u>:** Diamond identifies the following categories of documents in its possession that Diamond may use to support its defenses (excepting documents that may be used solely for impeachment):

1. Any documents produced by Plaintiff or obtained from third parties.
2. Any documents produced by Diamond.

**C. <u>DAMAGES CLAIMED BY DEFENDANT (FED. R. CIV. P. 26(a)(1)(A)(iii))</u>.** A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

**<u>RESPONSE</u>:** Defendant is not claiming damages at this time but reserves its right to make a claim for attorneys' fees and costs, as appropriate.

**D. <u>INSURANCE AGREEMENTS (FED. R. CIV. P. 26(a)(1)(A)(iv))</u>.** For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**<u>RESPONSE</u>:** Defendant is not aware of any applicable insurance agreement at this time.

KABAT CHAPMAN & OZMER LLP

By: */s/ Paul A. Grammatico*
Paul A. Grammatico

*Counsel for Defendant*

# PROOF OF SERVICE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 333 S. Grand Avenue, Suite 2225, Los Angeles, California 90071.

On **October 15, 2021**, I served the foregoing document(s) described as **DEFENDANT DIAMOND RESPIRATORY CARE INC.'S SUPPLEMENTAL INITIAL DISCLOSURES** on the interested parties to this action by delivering a copy thereof in a sealed envelope addressed to each of said interested parties at the following address(es): SEE SERVICE LIST

☒ **(BY E-MAIL SERVICE)** I caused such document to be delivered electronically via e-mail to the e-mail address of the addressee(s) set forth in the attached service list.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on October 15, 2021, at Los Angeles, California.

*/s/ Paul A. Grammatico*
Paul A. Grammatico

## SERVICE LIST

Rebecca Davis
LOZEAU DRURY LLP
Email: rebecca@lozeaudrury.com

Patrick H. Peluso
Taylor T. Smith
Woodrow & Peluso, LLC
Email: ppeluso@woodrowpeluso.com
Email: tsmith@woodrowpeluso.com

*Counsel for Plaintiffs*