1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

8
9

10  JEFFREY KATZ CHIROPRACTIC, INC., a
11  California corporation, individually and on
    behalf of all others similarly situated,
12
            Plaintiff,
13
    v.
14
    DIAMOND RESPIRATORY CARE, INC., a
15  California corporation,
16          Defendant.
17

Case No. 3:20-cv-04108-CRB

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE OR EXCLUDE CLASS MEMBER DECLARATIONS OR FOR LEAVE TO TAKE DEPOSITIONS**

Date: December 9, 2021
Time: 10:00 AM
Judge: Hon. Charles R. Breyer
Courtroom: 6
Complaint Filed: June 22, 2020

18

19      Pending before the Court is Plaintiff's Motion to Strike or Exclude Class Member
20 Declarations or for Leave to Take Depositions ("Motion"). Having read and considered the
21 Motion, the Court, being fully advised in the premises, finds as follows:
22      1.   The Motion is **GRANTED**.
23      2.   The class members declarations filed in support of Defendant Diamond
24 Respiratory Care, Inc.'s Opposition to Class Certification (Dkts. 37-3, 37-4, 37-5, 37-6, 37-7, 37-
25 8, 37-9, 37-10, 37-11, 37-12, 37-13, 37-14, 37-15, 37-16, 37-17, 37-18) are hereby stricken and
26 excluded.
27 **IT IS HEREBY ORDERED.**
28

1

| | |
|---|---|
| Dated: _____ | _____<br>Hon. Charles R. Breyer<br>United States District Judge |