# Exhibit C

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KATZ CHIROPRACTIC, INC., a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND RESPIRATORY CARE, INC., a California corporation,<br><br>Defendant. | Case No. 3:20-cv-04108-CRB<br><br>**DECLARATION OF ROSA BRICENO** |

I, Rosa Briceno, declare as follows:

1. I am over the age of eighteen. I make the following statements based upon my own personal knowledge, and I am able to testify to the matters set forth herein if called upon to do so.

2. I am employed by Valley Comprehensive Medical (the "Company") as the Office Manager. In my role, I am familiar with the Company's communication systems as well as the policies, practices, and procedures relating to communications, including the receipt of faxes from third parties.

3. I previously executed the declaration attached hereto as Exhibit A. This declaration amends and supersedes the declaration attached as Exhibit A.

4. While Valley Comprehensive Medical does not take issue with receiving faxes from third parties, I have no recollection of how Diamond Respiratory Care, Inc. obtained the

1

1 | Company's fax number. Further, I do not recall if Valley Comprehensive Medical provided
2 | Diamond Respiratory Care, Inc. with any permission or consent to send faxes prior to the receipt
3 | of any faxes.

4 |     5.    I also do not recall the Company receiving any fax from Diamond Respiratory
5 | Care, Inc. advertising hand sanitizer for purchase.

6 |     6.    Further, while obtaining the prior declaration (Ex. A), Diamond Respiratory Care,
7 | Inc.'s counsel did not disclose that by executing the declaration the Company may be giving up
8 | its right to participate in any future class or receive a portion of any money obtained as a result of
9 | any judgment.

10 |     7.    I declare under the penalty of perjury that the foregoing is true and correct.
11 |     8.    Further affiant sayeth not.

Executed on September 14, 2021 in Indio, CA.

_Rosa Briceno_
Rosa Briceno

2

# Exhibit A

### DECLARATION OF ROSE BRICENO

Pursuant to 28 U.S. Code § 1746, the undersigned, Rose Briceno, says that:

1. My name is Rose Briceno. I am over the age of 18 years and competent to give this Declaration.

2. I work for Valley Comprehensive Medical (the "Company") and have done so for approximately 23 years. My current title is Office Manager. As part of my job function, I am familiar with the Company's communications systems as well as communications and correspondence that the Company receives from third parties.

3. The Company uses both a traditional fax machine and a "virtual fax" service. With regard to the "virtual fax" service, any transmissions are received via an internet-connected computer. Such transmissions are received over the Company's high-speed internet service, not over a telephone line.

4. The Company has done business with Diamond Respiratory Care, Inc. for multiple years. In the context of this business relationship, the Company voluntarily provided its fax number to Diamond and has consented to receive faxes, including faxes like the one attached as "Exhibit A", from Diamond.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 25, 2021.

*Rose Briceno*
Rose Briceno