# Exhibit D

1            UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3    _____

4    JEFFREY KATZ CHIROPRACTIC, INC.,

5    a California corporation,

6    individually and on behalf of all

7    others similarly situated,

8            Plaintiffs,

9        v.                        Case No.

10   DIAMOND RESPIRATORY CARE, INC.,   3:20-cv-04108-CRB

11   a California Corporation

12           Defendant.

13   _____

14           VIDEOCONFERENCE DEPOSITION OF

15                JEFFREY KATZ

16   DATE:          Thursday, August 12, 2021

17   TIME:          9:19 a.m.

18   LOCATION:      Remote Proceeding

19                  Los Angeles, CA 90017

20   REPORTED BY:   Ariel Dallas, Notary Public

21   JOB No.:       4759106

22

23

24

25

                                        Page 1

```
 1                    A P P E A R A N C E S
 2     ON BEHALF OF PLAINTIFFS JEFFREY KATZ CHIROPRACTIC, INC.,
 3     a California corporation, individually and on behalf of
 4     all others similarly situated:
 5          TAYLOR T. SMITH, ESQUIRE (by videoconference)
 6          Woodrow & Peluso, LLC
 7          3900 East Mexico Avenue, Suite 300
 8          Denver, CO 80210
 9          tsmith@woodrowpeluso.com
10          (720) 213-0676
11
12     ON BEHALF OF DEFENDANT DIAMOND RESPIRATORY CARE, INC., a
13     California Corporation:
14          PAUL GRAMMATICO, ESQUIRE (by videoconference)
15          Kabat Chapman & Ozmer LLP
16          333 S. Grand Avenue, Suite 2225
17          Los Angeles, CA 90071
18          pgrammatico@kcozlaw.com
19          (213) 493-3980
20
21
22
23
24
25
```

Page 2

```
 1                    I N D E X
 2   EXAMINATION:                              PAGE
 3        By Mr. Grammatico                    5
 4        By Mr. Smith                         91
 5
 6                  E X H I B I T S
 7   NO.            DESCRIPTION                 PAGE
 8   Exhibit 1      Notice of Deposition       18
 9   Exhibit 3      Plaintiff's Objections and
10                  Responses to Interrogatories  77
11   Exhibit 4      Plaintiff's Objections and
12                  Responses to Defendant's
13                  First Set of Requests      80
14   Exhibit 5      Settlement Offer Letter    83
15   Exhibit A      Hand Sanitizer Fax         49
16
17              (*Exhibits attached.)
18
19        QUESTIONS INSTRUCTED NOT TO ANSWER
20              PAGE            LINE
21               30              20
22               74              9
23
24
25
                                        Page  3
```

```
 1          Q     What is it?

 2          A     It's a class action complaint.

 3          Q     And have you read it before?

 4          A     Yes.

 5          Q     When is the first time you read it?

 6          A     Some months back, I don't recall.

 7          Q     Did you read it before it was filed?

 8          A     Yes.

 9          Q     Did you participate in drafting it?

10                MR. SMITH:  Objection.  Asked and

11     answered.

12                THE WITNESS:  Drafting it, like literally

13     writing it out?  No.

14     BY MR. GRAMMATICO:

15          Q     When I say drafing, I mean more did you

16     meaningfully participate in supplying the information

17     that's contained within it?

18          A     Yes.

19          Q     And are you familiar with the allegations in

20     the complaint?

21          A     Yes.

22          Q     And what is the purpose of this lawsuit?

23                MR. SMITH:  Objection.  Calls for a

24     narrative.

25                THE WITNESS:  Well the purpose is, number
```

Page 71

```
 1                         MR. SMITH:  I don't see it, Paul.  Oh,
 2      there it is.
 3                         MR. GRAMMATICO:  Okay.  Let me know when
 4      you've had a change to scroll through this one.
 5                         THE WITNESS:  Okay.
 6      BY MR. GRAMMATICO:
 7          Q    Okay.  Have you seen this document before?
 8          A    Yes.
 9          Q    What is this document?
10          A    Plaintiff's Objections and Responses to
11      Defendant's First Set of Interrogatories
12          Q    Okay.  And do you know what that means?
13                         MR. SMITH:  Objection.  Vague.
14                         THE WITNESS:  It's my objections to the
15      questions answered, right?
16      BY MR. GRAMMATICO:
17          Q    Okay.  And did you assist in preparing the
18      responses to the interrogatories?
19          A    Yes.
20          Q    Okay.  And if you scroll down to the last
21      page, you'll see that there's a signature block there
22      and it says your name, Jeffrey Katz.  Do you see that?
23          A    Yes.
24          Q    And did you verify the accuracy of these
25      interrogatory responses?
```

                                                    Page 78

```
 1          A    Yes.
 2          Q    And in responding to this particular request,
 3     did you do any type of investigation?
 4          A    I discussed it with my attorney.
 5          Q    Other than that, did you do any type of
 6     investigation?
 7          A    No.
 8          Q    Did you talk to anyone?
 9          A    No.
10          Q    Did you search for any documents?
11          A    No.
12          Q    Did you search for any documents or do any
13     type of an investigation with regard to any of the
14     others?
15          A    No.
16          Q    Okay.  I'm done with this document.
17               Are you aware that the defendant has conveyed
18     a settlement offer to you in this case?
19          A    Yes.
20          Q    And how did you find that out?
21          A    My attorney informed me of it.
22          Q    Did you see the particular letter that was
23     sent to your counsel?
24          A    No.
25          Q    Okay.  I'm going to pull up another exhibit
```

Page 82

1    here.

2         A    Okay.

3         Q    We're going to call this one Exhibit 5

4                        (Exhibit 5 was marked for

5                        identification.)

6              Let me know when you are able to access that.

7         A    I have access to it, Paul.

8         Q    Okay.  So is this the first time you're seeing

9    this letter?

10        A    Yes.

11        Q    Any idea why your counsel didn't show you the

12   letter?

13        A    I think --

14                   MR. SMITH:  Objection.  Calls for

15   speculation.

16                   THE WITNESS:  I believe he informed me

17   what the settlement was and discussing it was

18   satisfactory.

19   BY MR. GRAMMATICO:

20        Q    And what was your understanding of what the

21   offer was?

22        A    That it was $10,000.

23        Q    And $10,000 to settle with you on a individual

24   basis, correct?

25        A    Yes.

Veritext Legal Solutions
866 299-5127

```
 1          Q     And you decided to decline that offer?

 2          A     Correct.

 3          Q     Why did you decide to decline it?

 4          A     Because of how -- my discussions with my

 5     attorney.

 6          Q     Okay.  Earlier you testified that your

 7     understanding was that your maximum recovery on an

 8     individual basis in the case was $1500.  Is that

 9     correct?

10                    MR. SMITH:  Objection.  Misstates the

11     witness' testimony.  You can answer.

12                    THE WITNESS:  That's correct.

13     BY MR. GRAMMATICO:

14          Q     So via the letter, the defendant was offering

15     you 10,000.  Isn't that right?

16                    MR. SMITH:  Objection.  Misstates the

17     evidence.

18                    THE WITNESS:  That's correct.

19     BY MR. GRAMMATICO:

20          Q     So I'm just trying to understand.  I mean, why

21     did you reject it?

22                    MR. SMITH:  Objection.  Asked and

23     answered.

24                    THE WITNESS:  Because of my discussions

25     with my attorney.
```

Page 84

```
 1                        EXAMINATION
 2    BY MR. SMITH:
 3         Q    All right.  Jeffrey, I have just a few
 4    questions before we wrap up.  I want to go over what you
 5    did to prepare for today and just confirm.  You reviewed
 6    the complaint in this case to prepare for the
 7    deposition, right?
 8         A    Yes.
 9               MR. GRAMMATICO:  Objection.  Leading
10    question.  I object to the form.
11    BY MR. SMITH:
12         Q    You reviewed the interrogatories responses
13    that plaintiff provided, correct?
14               MR. GRAMMATICO:  Objection to the form of
15    the question.  Leading.
16               MR. SMITH:  What was that answer?
17               THE WITNESS:  Correct.
18    BY MR. SMITH:
19         Q    Okay.  You reviewed the request for production
20    that you provided, right?
21               MR. GRAMMATICO:  Objection to the form of
22    the question.
23               THE WITNESS:  Yes.
24    BY MR. SMITH:
25         Q    Did you review the documents that you produced
```

Page 91

```
 1    in this litigation?

 2         A    Yes.

 3         Q    And correct me if I'm wrong.  But you said you

 4    spoke with Yolanda, Wendy, and is it, Maya?

 5         A    Mayra.

 6                    MR. GRAMMATICO:  Objection to the form of

 7    the question.  Leading.

 8    BY MR. SMITH:

 9         Q    Were these the only individuals who were

10    involved with handling the faxes in your office during

11    the relevant time period?

12                    MR. GRAMMATICO:  Objection to form.

13    Misleading.

14                    THE WITNESS:  Yes.

15    BY MR. SMITH:

16         Q    Okay.  Do you have any record of ever doing

17    business with Diamond?

18         A    No.

19         Q    Did you ever provide consent to Diamond to

20    send faxes to you?

21                    MR. GRAMMATICO:  Objection to the form of

22    the question.  Also object on the basis that it calls

23    for legal conclusion.

24                    THE WITNESS:  No.

25    BY MR. SMITH:
```

Page 92

1    BY MR. SMITH:

2         Q     Yeah.  Plaintiff produced the fax in this case

3    -- in discovery, right?

4                   MR. GRAMMATICO:  Objection to the form.

5    Leading.

6                   THE WITNESS:  Yes.

7    BY MR. SMITH:

8         Q     Produced photos of the fax machine?

9         A     Yes.

10                  MR. GRAMMATICO:  Objection to the form.

11   Leading.

12   BY MR. SMITH:

13        Q     Did you produce the Comcast bills in this

14   case?

15        A     Yes.

16        Q     Did you produce a manual for the fax machine

17   in this case?

18                  MR. GRAMMATICO:  Objection to the form.

19   Leading.

20                  THE WITNESS:  Yes.

21   BY MR. SMITH:

22        Q     So did you provide all the documents that

23   plaintiff turned over in this case?

24        A     Yes.

25        Q     And did you review all the documents that you

Page 94

```
1    produced in this case prior to turning them over in

2    discovery?

3         A    Yes.

4         Q    Okay.  Do you rely on your counsel to conduct

5    investigation into the claims and facts in this case?

6                    MR. GRAMMATICO:  Objection to the form.

7    Leading.

8                    THE WITNESS:  Yes.

9    BY MR. SMITH:

10        Q    Is that both for a presuit investigation and

11   after the suit has been filed?

12                   MR. GRAMMATICO:  Objection to the form.

13   Leading; compound.

14                   THE WITNESS:  Yes.

15                   MR. SMITH:  Okay.  I don't think I have

16   any other questions.

17                   MR. GRAMMATICO:  Okay.  Madame Court

18   Reporter, I think we can wrap it up.

19                   REPORTER:  Absolutely.  So would

20   counsel -- would you guys -- did you want to read and

21   sign for your deposition today, Mr. Katz?

22                   MR. SMITH:  Yes.  We want to read and

23   sign.

24                   REPORTER:  Thank you.

25                   THE WITNESS:  Yes.
```

Page 95