# **TABLE 2**

| Statement Subject to Motion to Strike | Reasons It Should Be Stricken |
|---|---|
| "Based on those conversations, it was clear that Diamond and its counsel failed to inform the declarants of the nature and purpose of their interactions. (*Id.* ¶¶ 7, 9, 11, 13, 17.) Further, it was also clear that Diamond and its counsel failed to define the terms contained within the declarations. (*Id.*)"<br><br>Pl.'s Mot. to Strike at 2:27-3:2. | This statement relies on improper hearsay evidence. Specifically, it cites to witnesses' out-of-court statements offered to prove the truth of the matter that Diamond and/or Diamond's counsel did not inform the witnesses of the nature and purpose of their communications and did not define certain legal terms. Further, it cites to hearsay within hearsay statements that each independently are improper and not subject to any exceptions to the hearsay rule. FED. R. EVID. 801(c), 802, 803, 805. |
| "Indeed, none of the declarants interviewed could recall any facts to support the declarations' claims that they had consented to receive faxes from Diamond. (*Id.*) The declarations also contained inaccuracies (*Id.* ¶¶ 7, 19)"<br><br>Pl.'s Motion to Strike at 3:2-4. | This statement relies on improper hearsay evidence. Specifically, it cites to witnesses' out-of-court statements offered to prove the truth of the matter that the witnesses could not recall certain facts they previously attested to in declarations filed in support of Diamond's Opposition to Class Certification or that those declarations contained untruthful statements. FED. R. EVID. 801(c), 802, 803. |