Paul A. Grammatico (SBN 246380)
pgrammatico@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
333 S. Grand Avenue, Suite 2225
Los Angeles, CA 90071
Telephone: (213) 493-3980
Facsimile: (404) 400-7333

*Counsel for Defendant, Diamond Respiratory Care, Inc.*

(Counsel continued on following page)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY KATZ CHIROPRACTIC, INC., a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>DIAMOND RESPIRATORY CARE, INC., a California Corporation,<br><br>Defendant. | Case No. 3:20-cv-04108-CRB<br><br>**DIAMOND RESPIRATORY CARE, INC.'S MOTION FOR LEAVE TO FILE SUR-REPLY IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br>Complaint Filed: June 22, 2020<br><br>Honorable Charles R. Breyer |

MOTION FOR LEAVE TO FILE SUR-REPLY

1  Ryan D. Watstein (*Pro Hac Vice* to be filed)
   rwatstein@kcozlaw.com
2  KABAT CHAPMAN & OZMER LLP
3  171 17th Street NW, Suite 1550
   Atlanta, GA 30363
4  Telephone: (404) 400-7300
   Facsimile: (404) 400-7333
5
6  *Counsel for Defendant*

## **MEMORANDUM OF POINTS AND AUTHORITIES**

Diamond Respiratory Care, Inc. hereby requests leave to file the attached sur-reply in opposition to Plaintiff's Motion for Class Certification. Diamond seeks to submit this additional briefing to respond to the points, described below, that Plaintiff improperly raised for the first time on reply, including a rank hearsay declaration and arguments that ignore binding Supreme Court and Ninth Circuit authority. The attached sur-reply is doubly merited given Plaintiff has circumvented the Court's page limitation requirements on class certification briefing by a total of ***15 pages*** by: (1) exceeding the Court's 15-page motion requirement in the underlying class certification motion by 5 pages, without requesting leave; and (2) improperly submitting a 10 page motion to strike raising evidentiary objections that should have been included in its reply. *See* Civil Local Rule 7-3(c); *Cortez v. Global Ground Support, LLC*, No. 09–CV–4138, 2010 WL 5173861, at *2 n. 5 (N.D. Cal. Dec. 15, 2010) (declining to consider evidentiary objections filed in separate brief pursuant to Rule 7–3).

Diamond reached out to Plaintiff's Counsel to inquire if Plaintiff would stipulate to the filing of the sur-reply and Plaintiff indicated it would oppose the motion. *See* attached Grammatico Decl.

Specifically, Diamond seeks to file this sur-reply in order to address:

- Plaintiff's misrepresentation of the record with regard to the available class records, consent, and Katz's adequacy as a class representative.

- A decision within this district that came out after the opposition that decertified a TCPA fax case *solely* because, like here, there is no way to determine whether a fax was received on a virtual machine as opposed to a traditional fax. Given Diamond has a slew of other arguments against certification, this new decision compels the conclusion that certification must be denied here, several times over.

- Plaintiff's submission of new and improper evidence that should have been submitted with Plaintiff's initial motion: a declaration from class counsel saturated with numerous pages of rank hearsay that purports (unsuccessfully) to undermine sworn statements from putative class members. By submitting this rank hearsay declaration with its reply, Plaintiff has attempted to prevent Diamond from responding to it.

- Plaintiff's invitation to the Court to commit reversible error by failing to address *controlling* Supreme Court and Ninth Circuit authorities with regard to putative class member standing, FCC orders, and certification of a 23(b)(2) class.

MOTION FOR LEAVE TO FILE SUR-REPLY

Accordingly, Diamond respectfully requests leave to file the attached brief to ensure that the issues before the Court in this important Motion are fully considered before the Court rules.

DATED: November 30, 2021

**KABAT CHAPMAN & OZMER LLP**

By: */s/ Paul A. Grammatico*
    Paul A. Grammatico

*Counsel for Defendant*