Paul A. Grammatico (SBN 246380)
pgrammatico@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
333 S. Grand Avenue, Suite 2225
Los Angeles, CA 90071
Telephone: (213) 493-3980
Facsimile: (404) 400-7333

*Counsel for Defendant*

(Counsel continued on following page)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KATZ CHIROPRACTIC, INC., a California corporation, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br>vs.<br><br>DIAMOND RESPIRATORY CARE, INC., a California Corporation<br><br>Defendant. | Case No. 3:20-cv-04108-CRB<br><br>**DECLARATION OF PAUL A. GRAMMATICO IN SUPPORT OF MOTION FOR LEAVE TO FILE SUR-REPLY IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br>Complaint Filed: June 22, 2020<br><br>Honorable Charles R. Breyer |

DECLARATION OF PAUL A. GRAMMATICO

| | |
|---|---|
| 1 | Ryan D. Watstein (*Pro Hac Vice* to be filed) |
| 2 | rwatstein@kcozlaw.com<br>Daniel H. Gaynor (*Pro Hac Vice* to be filed) |
| 3 | dgaynor@kcozlaw.com<br>KABAT CHAPMAN & OZMER LLP |
| 4 | 171 17th Street NW, Suite 1550 |
| 5 | Atlanta, GA 30363<br>Telephone: (404) 400-7300 |
| 6 | Facsimile: (404) 400-7333 |
| 7 | *Counsel for Defendant* |

DECLARATION OF PAUL A. GRAMMATICO

## DECLARATION OF PAUL A. GRAMMATICO

Pursuant to 28 U.S. Code § 1746, the undersigned, Paul A. Grammatico, says that:

1. My name is Paul A. Grammatico. I am over the age of 18 years and competent to give this Declaration. I am counsel at Kabat Chapman & Ozmer LLP ("KCO"), counsel for defendant, Diamond Respiratory Care, Inc., in this action. The information contained herein is based upon my personal knowledge.

2. On November 30, 2021, I emailed Counsel for Plaintiff, Taylor Smith, to inform him of Diamond's intent to file a sur-reply and the grounds for the sur-reply, and to inquire if Plaintiff would consent to the filing of this sur-reply. He indicated that Plaintiff intends to oppose the motion for leave to file a sur-reply.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 30, 2021, in Los Angeles, California.

_____
Paul A. Grammatico