1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY KATZ CHIROPRACTIC, INC., a California corporation, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> DIAMOND RESPIRATORY CARE, INC., a California Corporation, <br><br> Defendant. | Case No: 3:20-cv-04108-CRB <br><br> Honorable Charles R. Breyer <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE SUR-REPLY IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION** |

1

## [PROPOSED] ORDER

Upon consideration of Defendant Diamond Respiratory Care, Inc.'s Motion for Leave to File Sur-Reply in Support of its Opposition to Motion for Class Certification, and finding good cause shown, the Court ORDERS that the Motion is GRANTED. Diamond is permitted to file the sur-reply on the Court docket following entry of this order.

**IT IS SO ORDERED.**

Dated: _____        _____

Honorable Charles R. Breyer
United States District

1

[PROPOSED] ORDER