IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KATZ CHIROPRATIC, INC.,,<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND RESPIRATORY CARE, INC.,<br><br>Defendant. | Case No. 20-cv-04108-CRB<br><br>**ORDER INSTRUCTING DR. JEFFREY KATZ TO ATTEND THE CLASS CERTIFICATION HEARING** |

Before the Court is a motion for class certification by Plaintiff Jeffrey Katz Chiropractic, Inc. See Dkt. 34. To rule on this motion, the Court requires the presence at the hearing of Dr. Jeffrey Katz of Jeffrey Katz Chiropractic, Inc. The Court hereby DIRECTS Plaintiff's counsel to ensure that he attends the hearing on December 9 at 10 a.m.

**IT IS SO ORDERED.**

Dated: December 1, 2021



CHARLES R. BREYER
United States District Judge