1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

JEFFREY KATZ CHIROPRACTIC, INC., a
California corporation, individually and on
behalf of all others similarly situated,

Plaintiff,

v.

DIAMOND RESPIRATORY CARE, INC., a
California corporation,

Defendant.

Case No. 3:20-cv-04108-CRB

**STIPLUATION OF DISMISSAL**

Plaintiff, Jeffrey Katz Chiropractic, Inc., and defendant, Diamond Respiratory Care, Inc.,

by and through their respective attorneys, **HEREBY STIPULATE AND AGREE**, that pursuant

to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice as to

Plaintiff's individual claims and without prejudice as to the claims of putative class members, if

any, with each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: June 9, 2022                    **WOODROW & PELUSO LLC**

By:___/s/ *Patrick H. Peluso*_____
Patrick H. Peluso
*Attorney for Plaintiff*

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DIAMOND RESPIRATORY CARE, INC.**


By:    /s/      *Paul Grammatico*
          Paul Grammatico
*Attorney for Defendant*